UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

FRANK MILLER, GARY C. GITTO,
CHARLES N. GITTO, JR., WILLIAM M.
DEAKIN, LOUIS J. PELLEGRINE, JR., and
JOHN M. MORITZ, JR.,

   Defendants

Crim. No. 08-40026-FDS

## ADDENDUM TO MEMORANDUM IN SUPPORT OF FRANK MILLER'S MOTION FOR DOWNWARD DEPARTURE AND VARIANCE

### CERTIFICATE OF SERVICE

   Undersigned counsel hereby certifies that a true and correct copy of this document filed through the ECF system will be sent electronically to counsel of record as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on March 9, 2011.

/s/ Thomas E. Dwyer
Thomas E. Dwyer (BBO 139660)
tdwyer@dwyerpartnersllp.com
Dwyer Partners, LLP
1 Broadway
Cambridge MA  02142
(617) 401-2943

/s/ Michael B. Galvin
Michael B. Galvin (BBO No. 630515)
mgalvin@collorallp.com
Serina Q. Barkley
sbarkley@collorallp.com
COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000
(617) 371-1037 (Facsimile)

Dated  March 9, 2011

# TABLE OF CONTENTS

| Description | Tab |
|---|---|
| Letter of Carol Brand | 1 |
| Letter of Ronald Cadler, | 2 |
| Letter of Edward Calhoun, | 3 |
| Letter of Javier Gonzalez, | 4 |
| Letter of Lucy Hawkins, | 5 |
| Letter of Ronald P. Hoffman . | 6 |
| Letter of Susan V. Hoffman, | 7 |
| Letter of Hoffman Plastic Compounds, Inc. Employees | 8 |
| Letter of Jennifer Lanigan, | 9 |
| Letter of Michael LaFrenier, | 10 |
| Letter of Marcia Marcinko (Jewish Family Services of Orange County) | 11 |
| Letter of Jacquelyn Miller, | 12 |
| Letter of Joel Miller | 13 |
| Letter of Maria Miller (REDACTED- ORIGINAL FILED UNDER SEAL) | 14 |
| Letter of Martin Miller | 15 |
| Letter of Mildred and Marvin Miller | 16 |
| Letter of Robert Miller | 17 |
| Letter of Alex Perey | 18 |
| Letter of Ann Richardson | 19 |
| Letter of Nicholas Semenza | 20 |
| Letter of Timothy Talbott | 21 |
| Psychiatric Evaluation Report of Julia M. Reade & *Cirriculum Vitae* (REDACTED- ORIGINAL FILED UNDER SEAL) | 22 |
| Matt O'Brien, <u>Plastics Executives Arrested</u>, Sentinel & Enterprise, Dec. 9, 2003 | 23 |

| | |
|---|---|
| March 14, 2006 Joseph Sciliano 302 | 24 |
| Emily Young, Gittos Get Probation,  Sentinel & Enterprise, Jan. 25, 2005 | 25 |
| Letter from Michael Angelini, Esq. May 10, 2002 | 26 |
| March 2004 Purchase Agreement | 27 |
| VitroTech Form 10-QSB/A (June 2004) | 28 |
| Letter of Thomas B. Hirsch, Assistant General Counsel, Bank of America, N.A. | 29 |
| Memorandum to Substantial Assistance Committee, U.S. Attorney's Office from Dwyer and Galvin, dated 2/15/11 | 30 |
| Docket excerpts: LaSalle Business Credit, LLC v. VitroTech Corporation, et al, No. 05-cv-12150-DPW (D.Mass) | 31 |
| December 7, 2010 Zappala Memorandum | 32 |
| Expert Report of Craig R. Jalbert, CIRA | 33 |
| April 20, 2004 Loan Agreement between Miller and Commerce Trust | 34 |
| Wire Transfers of 2/13/2004, 3/24/2004 & 5/13/2004 | 35 |
| Details of Transactions of Gitto/Global's GL Account, "Due from Frank Miller" | 36 |
| Wire Transfer of 8/6/2004 | 37 |
| November 16, 2005 Deposition of William Deakin | 38 |
| November 9, 2005 Steven Elbaum 302 | 39 |
| December 8, 2004 Susan Kenna 302 | 40 |
| Affidavits of Lisa Nugent, Ron Smith and Report of Surveillance | 41 |
| Marshall Engineering Valuation Report | 42 |
| Ch. 11 Examiner's Report re. Gitto Global, Ex. 2 | 43 |
| February 22, 2005 John Moritz 302 | 44 |
| March 1, 2006 David Minardi depo excerpts | 45 |

# EXHIBIT 1

November 16, 2010

The Honorable Judge Dennis F. Saylor, IV
U. S. District Court
595 Main Street
Worcester, MA 02210

Dear Judge Saylor,

My name is Carol Brand, and I first came to know Frank Miller when I applied for a Receptionist and Switchboard Operator position at a company owned by him. The name of the company was Global Products Corporation, which was located in Leominster, MA. During that interview, I remember calling him "Mr. Miller" each time I spoke to him, and he was quick to say "please call me Frank". Every once in a while after I was offered and accepted the position, I would still have to be reminded by him to call him "Frank". This is Frank Miller, just a regular guy who always made me feel that he was just one of us.

The longer I knew him, the fonder I became of him. Frank -- always there for me or for anyone who needed his support. I hadn't worked for Frank for quite two (2) years, when I had to leave work for approximately five (5) months due to a back injury. At any time, Frank could have replaced me -- but he did not, and I was back to work only a couple of weeks when my father, who lived on the West Coast, became seriously ill and I had to leave again for a week. Frank was very understanding and tolerant of my having to take time off again so soon. Just two days after my return home, my father
passed away, and once again Frank was there for me with heart-felt compassion and kindness.

Through my fifteen (15) years working for Frank, I became very endeared to him and came to think of him as "extended family". When Frank's mother passed away, I felt his loss as though it were mine. I hurt when he hurt. Through the years, my husband and I have been dinner guests at Frank's home. My relationship with him always made me aware of how Frank saw no difference in me "the Receptionist" and himself the "President & CEO" of a large company.

By trade, Frank is a Chemical Engineer who is well-known and very respected within the industry. In my opinion, he has always been a very knowledgeable, intelligent person -- both professionally and otherwise. I have always found Frank to be a very respectful man. Kindness is a trait that I have always seen as natural in Frank. You never had to look for it, it was always there.

A few times, while working at Gitto-Global Corporation, I have seen the workplace become a little harsh and sometimes hostile towards other employees, and even once toward myself -- to the point where I began to gather my personal belongings and leave. This type of treatment never came from Frank. In fact, when Frank happened by my desk and saw me sobbing and wanting to leave, he spoke kindly to me and told me that he would handle the matter and see to it that this type of treatment would not happen to me again. Frank never once, to my knowledge, treated anyone in a harsh or hostile manner.

My heart is broken for Frank and his family, because I know in my heart of hearts that over the past several years his suffering has been great for all that has happened and for all who have been affected. I believe that what Frank has suffered to this point alone, and what he will continue to suffer for the remainder of his life, is in itself a punishment all its' own.

In closing, my sincerest hope is that I have been able to convey to you the Frank Miller that I got to know and appreciate for all kindnesses, caring and respect towards myself and others. Frank has always given so much of himself to others, and I believe he still has much more to give to society. In my opinion, Frank has truly humbled himself. He is truly contrite. When imposing sentence upon Frank, I hope what I have tried to convey to you about him is given your kindest consideration.

Yours respectfully,

*Carol Brand*

Carol Brand
556 Central St. - Lot 103
Leominster, MA 01453

# EXHIBIT 2

November 17,2010

The Honorable Judge Dennis F. Saylor, IV
U.S. District Court
595 Main St.
Worcester, MA 02210

Dear Judge Saylor,

Please allow me to introduce myself. I am Ron Cadler, Acct. Exec., for Hoffman Plastics. I met Frank Miller five years ago when he came to work at Hoffman Plastics. I immediately saw that he is a charming, polite person with an outstanding sense of humor and a strong of set of ethics. He is extremely well liked among his peers, fellow employees, friends, and customers. Frank assists me in making sales calls on our most important customers. His assistance is invaluable since he is such an integral part of our business as our Plant Manager who also takes part in the purchasing of raw materials and basically whatever else the company needs. He definitely is our MVP. I consider Frank to be one of my best friends. I trust him. He is a straight shooter.

I do understand the gravity of the situation. I definitely believe that Frank became mistakenly embroiled in a situation in which he had absolutely no control. I have been in the Plastics Industry for 45 years [PVC] and have been well aware of the reputation of the people with which Frank was involved. Just about every week for the last 5 yrs. I have heard him say how he regrets that he ever became involved. I know that he tried mightily to extract himself and was unable to immediately do so. He tried to make the best of it and turn things around but did not get any co-operation. This has proved ruinous to his health physically, emotionally, financially and his impeccable reputation has been placed in jeopardy. He has suffered far, far too much already and any more be it at your hands or whatever would be almost unbearable.

Frank is a staunch family man. Never has he ridden in my car on company business without one or both of his children giving him a phone call or he calls them or his brother. He and his wife, Maria, talk every hour or two. He respects everyone particularly his employees and works tirelessly in their behalf to make sure they are taken care of. You know Judge, I believe that you can tell the heart of a person by the way they relate to animals and that is where Frank shines. When Frank married Maria she had a little Yorkie named Beasley, and it didn't take Beasley long to adopt Frank as his main man. Now, at no slight to Maria , Beasley became Frank's dog. Beasley lasted 18 and ½ years and by the time he departed he was like deaf, dumb and blind and I have never seen a guy take that loving, kind care of a pet. It really impressed me. Now they have another dog Rudy, and true to form he is the apple of Frank's eye and vice-versa.

Judge Saylor, I hope you can find it within yourself to look upon this man with mercy. It would be doing the World a favor. Nothing good will come of further punishment. Frank has been through way too much already.

Thank you Judge for reading my words because your decision is crucial. A good man and his family depend upon it.

God Bless You in your decision.

Sincerely,

Ron Cadler

# EXHIBIT 3

Edward H. Calhoun

21 Lady's Slipper Ln

Mashpee, MA 02649

December, 12 2010

The Honorable Judge F. Dennis Saylor, IV

US District Court

595 Main St.

Worcester, MA 02210

Dear Judge Saylor,

I am writing this letter on behalf of a friend, colleague, and current business associate, Mr. Frank Miller. I have known Frank since 1984. We met as a result of Frank being a client, but as our business relationship grew we developed a friendship. We learned that we are fellow Northeastern University alumni. I attended his wedding and felt honored to be there. We became close and trusting and shared our family's stories over the years as we watched our children grow. My wife and I have been invited to his home on several occasions where dinner and overnight accommodations were provided. We have a mutual respect for one another.

I understand some of what Frank is faced with. I don't know many details but in our plastics industry information and stories travel about. I also learned from local newspapers about accusations. When I heard and read some of this information I was not surprised to hear that a certain other company of people, the Gitto family, that he was partnered with, had been involved. I promptly called Frank to remind him of what I told him several years earlier when he announced to me that there was going to be a partnership between he and them. To quote what I said to Frank several years earlier "Frank, why would you want to get involved with those people".

At that time I reminded Frank of his integrity. He acknowledged my concern and assured me that his integrity would remain intact. Knowing Frank as I did, and knowing him to be honest and trustworthy I felt that he would handle himself as he always has. I continued to do business with his company having Frank as my main contact. I also got to know a number of employees of the Gitto/Global Corp and I have had a chance to talk to some of them regarding what happened within the company. It seems there was a hostile environment within the company stemming from the Gittos.

Since the closing of the Gitto/Gobal Corp, Frank and I have remained in contact. I have visited with him in CA and have since begun doing business with him again. My experience working with him now is unchanged from the way we did business before. Frank is trustworthy and hard working. His work ethic has not changed. Frank has always been honest and fair. I still depend on him for friendship as well as our business.

Your Honor I would like to ask you to consider what I have said about my friend and colleague Mr. Frank Miller. I would like you to consider leniency in your decision on how to deal with what has happened in this case. What ever happened in those days when he was involved with the Gittos was not, and is not, the Frank Miller that I have come to know and work with. If you could take into consideration his contribution to family, friends, business associates and society I would hope you could agree that he should remain in society as a productive member.

Thank you for your kind consideration,

Edward Calhoun

# EXHIBIT 4

Javier Gonzalez
8523 Rose Street
Bellflower, CA 90706

November 19, 2010

The Honorable Judge Dennis F. Saylor, IV
U.S. District Court
595 Main Street
Worcester, MA 01608

Dear Judge Saylor,

My name is Javier Gonzalez. I have known Frank Miller for almost 6 years. Frank is the
Plant Manager at Hoffman Plastic Compounds, Inc. I am the Maintenance Manager at
Hoffman Plastic Compounds, Inc. I have been employed at Hoffman for 29 years. Frank
Miller is in charge of all the plant people including myself.

I have found Mr. Miller to be a very caring person towards all of the employees. He is
always willing to sit and listen to any issues that you have. He has treated me with great
respect as he does towards all of the employees in the Maintenance Dept.

A few years back I was working on getting my U.S. Citizenship as I am originally from
Mexico. I went to see Frank as I was confused at many of the things I needed to do and
where I need to go ( which offices I needed). Frank sat down with me and read my
papers and went onto the internet to find the addresses where I needed to go. He called
and talked to the people at these offices, to find out exactly what I needed to do. I am
extremely grateful for his help and caring in this matter, and yes I finally got my U.S.
Citizenship.

At another occasion  Frank Miller worked hard to get all the employees in the plant an
increase in salary. To give us a fair working wage. He was successful. All of my
employees told Frank how grateful we were for all his efforts on behalf of us.

I think Frank Miller has been an excellent manager looking out for all of our interests.

I hope you will take these facts into consideration of Frank Miller and appreciate your
reading my letter.

If you have any further questions. Please feel free to call me at  work 323/636-3346 or
cell 562/230-2677.

Thank you,

_____
Javier Gonzalez

# EXHIBIT 5

Lucy Hawkins
61 Tibbett Circle
Fitchburg, MA 01420

November 16, 2010

The Honorable Judge Dennis F. Saylor, IV
U.S. District Court
595 Main Street
Worcester, MA 02210

Dear Judge Saylor,

My name is Lucy Hawkins and I am Frank Miller's sister in law. He is married to my
sister, Maria Miller. I've known Frank for more than 15 years and used to work at
Gitto/Global in the customer service department.

I understand the gravity of the charges brought against Frank, but hope to impart some
insight as to who Frank is as a person, as an employer, and as a family member. Frank
has always been a gentle soul, compassionate towards others, and warm and caring.

When I was employed at Gitto/Global, my husband was diagnosed with a Grade IV brain
tumor. He underwent two brain surgeries, radiation and extensive chemotherapy. The
prognosis was grim and as a young mother of two knowing that my husband probably
would not survive, I felt the weight of the world on my shoulders. Frank made sure that I
was allowed to take the time off from work that I needed in order to care for my husband
and take him to his treatments. He upgraded my health insurance in order to get
treatment at the areas best hospitals. His business partners were not as understanding and
I know from other employees that he got a lot of grief from them about it, but Frank
never mentioned it and was always encouraging and compassionate. He made sure that I
didn't have to worry about losing my job while trying to take care of my husband.
Losing my husband was the worst experience of my life, but Frank was there for me
every step of the way.

It is important to understand the toxic work environment that was created by the Gitto
family. Employees were demeaned, threatened, and publicly humiliated on a daily basis.
Every morning the two Gittos would enter the building like a couple of pit vipers looking
for someone to spew their poison upon. Many times I witnessed Charles Gitto conduct
daily production meetings in which he screamed profanities at various employees, slam
his fists on the conference room table, and even physically threaten people. Gary Gitto
ruled with the same mentality. He often demeaned the women in the company, made
racial slurs, and treated employees with complete disrespect. No one was immune to
their megalomaniac behaviors, not even Frank Miller. The Gittos often told employees
that Frank had no say in what happened at the company and they would make threats
directed at Frank.

I took these threats seriously after walking into the middle of a fist fight between Gary Gitto and Charles Gitto one day. It happened in Gary Gitto's office and I saw Charles Gitto grab Gary by the head and put his head through a glass-plated picture. I felt like I was working in an insane asylum. As time went on, I could see the look of despair in Frank's eyes, like the life had been sucked out of him. It was painful to see him looking like an empty shell. He never smiled anymore and often looked like he was on the verge of tears.

Frank is not cut from the same cloth as the Gittos. Frank is a very down to earth individual and most people who meet him take an instant liking to him. The various vendors who did business with Gitto/Global respected him and many preferred to deal directly with him as opposed to his business partners. Not only did he treat people respectfully and with dignity, but he also took a genuine interest in his employees. It was always Frank who offered small gestures of appreciation to the employees at Gitto/Global. Whether it be with the annual Christmas luncheons, or buying pizzas for lunch as a thank you, or supplying gift certificates at a local grocery store at Thanksgiving time, it was Frank who made sure that employees felt valued and appreciated.

Frank is a loyal family man and enjoys spending time with his wife and kids. His family is the center of his universe and he is the center of theirs. He is a devoted and loving father and has been a great teacher to his children and stepchildren. He has always offered encouragement and supported them in achieving their goals. His step children (my niece and nephew) couldn't love him more than if he were their biological father and I am incredibly grateful that they have Frank in their lives. He has instilled in them the importance of family and has raised caring generous individuals. This is a testament to his nurturing and kind heart as a father

Frank is an important part of my family. My family has suffered through many tragedies and to lose Frank for a prolonged period of time would be yet another tragedy that I'm not sure we can endure. I ask Your Honor to be merciful in your judgment of Frank. There is no doubt in my mind that Frank's acts were out of desperation and completely out of character for him. I know too that he would never be involved in anything like this again. The fact that this has ruined his reputation for life is a punishment in itself. I believe that Frank has learned a lot of valuable lessons from all of this and I believe too, that he can take what he's learned and work to make constructive contributions to society, perhaps working as a mentor with young people or helping someone struggling to build a career. Frank has many positive qualities and I am sure that he will make something positive come from all of this. I am proud to have him as part of my family.

Sincerely,

*Lucy Hawkins*

Lucy Hawkins

# EXHIBIT 6

# HOFFMAN PLASTIC COMPOUNDS INC.

### 16616 GARFIELD AVENUE, PARAMOUNT, CALIFORNIA 90723-5305
### TEL: (323) 636-3346 - FAX: (562) 630-8200
### www.hoffmanplastic.com   e-mail: info@hoffmanplastic.com

November 17, 2010

Honorable Dennis I. Saylor IV
U.S. District Court
595 Main Street
Worcester, MA 01608

Dear Judge Saylor:

I am president of Hoffman Plastic Compounds, Inc., Frank Miller's current employer.

Hoffman Plastic Compounds, Inc. was incorporated by me in 1970. We manufacture plastic raw materials also known as compound. We competed with Gitto Global for several years, even though we were at opposite ends of the United States.

I had never met Frank Miller until early 2005 after Gitto Global was out of business. Frank at that time was representing a company that sells materials that we could purchase to make our compounds.

I was impressed with Frank's knowledge of our industry, his honesty and integrity.

Prior to meeting Frank, we had lost our plant manager who was needed to take care of his ailing mother who lived in Minnesota.

I, of course knew the problems of Gitto Global, I knew the reputations of Charlie and Gary Gitto but did not know much about Frank. I liked Frank and was going to ask him if he would come to work for us as plant manager but before I asked I called several of our vendors and customers what their opinions were of Frank.

Most of the people I talked with had very favorable things to say about Frank, how Frank had tried to work things out so everyone got paid and how he tried to sell the company. They felt the Gitto's were the problem and not Frank.

I made the decision to hire Frank and on May 9, 2005 Frank came to work for Hoffman Plastic Compounds, Inc. I can't believe it's been 5 ½ years already.

Prior to being hired, Frank explained to me his situation and his legal problems with Gitto Global and explained that he could miss a lot of work due to time with his lawyers and eventually court. He promised he'd make up for lost time and he has.

Frank get's along great with our 86 employees. He has a good relationship with several of our vendors. He works well with our sales staff and helped obtain a few new customers. He helped one of our employees obtain U.S. citizenship and showed us a new computer system. It works great.

Frank has become an incredible asset to Hoffman Plastic Compounds, Inc. He has proven to be as I mentioned, very professional, very trustworthy, and very loyal to my company and has great integrity and honesty. I feel very strongly that Frank was the only one trying to save Gitto Global not destroy it.

Frank is a good man we would be hurt without him. If you can do anything to help him, I and everyone at Hoffman Plastic Compounds, Inc. would greatly appreciate it.

Sincerely,

Hoffman Plastic Compounds, Inc.

Ronald P. Hoffman
President

RPH:mch

# EXHIBIT 7

Susan V. Hoffman
16616 Garfield Avenue
Paramount, California
90723

November 16, 2010

The Honorable Judge Dennis F. Saylor, IV
U.S. District Court
595 Main Street
Worcester, Ma.  02210

Dear Judge Saylor:

Please allow me to introduce myself.  I am Susan (Mrs. Ronald) Hoffman.  My
husband is the owner & founder of Hoffman Plastic Compounds, Inc., located
in Paramount, California.  I am Secretary/Treasurer of the corporation and
take an active role in the management of the company in the H.R. & Safety
areas.

I met Frank Miller In May 2005 at the time he was hired by Mr. Hoffman.
From the start and time of our first meeting I liked him very much.  Since
then he has become a dear and close friend.  And I would trust him with my
life.

From the start, before Mr. Hoffman hired him, Frank has been totaly honest
with both of us about the situation he was and is still in at this time.  He
explained all the details surrounding his trouble and the case at hand.  He
has never hidden anything in this regaurd from Mr. Hoffman or my self.  I
respect Frank for the way he has handled himself during this terrible time in
his life.

He is also highly respected and liked by his coworkers, and is very open and
candid with them.  I know of no one who Frank deals with on a day to day basis
that does not like him or respect him.  He is truly a great credit to our
organization.  His responsibilities are many.  He handles major purchases
of raw materials from overseas.  He as gained several very large accounts for
us.  And with his background as a chemical engineer he understands our oper-
ation from top to bottom.  Also there is no job to large or to small.  You can
always count on Frank.

The values that Frank Miller has brought to Hoffman Plastic Compounds, Inc. are
the values of loyalty, authenticity, generosity and always honest and above
board with us.  This is always how Mr. Hoffman & myself have conducted our own
lives, both privately and in business.  And we would not have anyone working in
our organization or associate with, that was not the same way.  I feel that his
conduct in the matter before you was way out of character for him.  And this is
not the Frank Miller that we know.  Frank is a very important part of our organ
ization, and it would be a hardship to loose him.

Page 2

Judge Saylor, I ask you to please take into consideration before passing sentance on Frank Miller, that he is truly a good, honest and decent person. I also feel he would never be involved in anything like this again.  The total pain and suffering that I have watched him and his entire family go through, I feel is punishment enough.

I thank you for the time you spent to read this letter, which I submit humbly and proudly as a friend and colleague of Frank Miller.

Sincerely,

Susan Vail Hoffman
Susan Vail Hoffman
Secretary/Treasurer
Hoffman Plastic Compounds, Inc.
16616 Garfield Avenue
Paramount, California  90723
(323) 636-3346

**EXHIBIT 8**



# HOFFMAN PLASTIC COMPOUNDS INC.

16616 GARFIELD AVENUE, PARAMOUNT, CALIFORNIA 90723-5305
TEL: (323) 636-3346 - FAX: (562) 630-8200
www.hoffmanplastic.com      e-mail: info@hoffmanplastic.com

December 3, 2010

The Honorable Judge Dennis F. Saylor, IV
U.S. District Court
595 Main Street
Worcester, MA 01608

Dear Judge Saylor,

Allow me to introduce myself. My name is Ramon Rosas. I am the lead supervisor at Hoffman Plastic Compounds, Inc. I have known Frank Miller for almost 6 years as Plant Manager for Hoffman. He is in charge of all plant personnel, including myself and two other supervisors as well as all the plant employees.

It is my feeling along with the other supervisors that Frank has been the best plant manager that this company has employed since we have been here. He takes a personal interest in all employees that work here and tries to make sure that our concerns are always addressed. Frank has always fought hard for a fair wage for a days work. In an area of the U.S. where Hispanic workers are majority and many times taken advantage of by employers, Frank always makes sure that we are treated fairly and with respect. He seems to be a man with great honesty and integrity.

I recall that within two years of Frank being here, the company was turning over employees in the plant almost weekly. Frank came to me and the other two supervisors to ask why we thought that there was such a great turnover of personnel in the plant. We explained to him that the employees felt they did not make a fair wage for the work they did and would leave as soon as they found a better paying job. Frank went to the owner showing him that the rapid changeover of plant people was costing the company money with off grade product due to constant training of new people. He convinced the owner that it was time to give all employees in the plant a major raise in pay. This was the first time anyone came to our defense for a good wage. We are grateful to have someone like Frank to look out for our interest.

When the economy turned down a few years ago the company lost quite a bit of business and employees were being laid off rapidly. We were down over 50% in our business. The owner of Hoffman asked Frank if he would go out and try to bring in some new business to Hoffman Plastic Compounds, Inc. as we were hurting badly. Frank brought in the second largest customer that the company has ever had. It turned us back around. We started hiring employees back. We maintain this customer to this day because of Frank's constant sales effort.

We as employees feel strongly that Frank Miller is an integral part of making this company strong and thriving. We understand that Frank has some serious legal issues going on that could possibly take him away from Hoffman Plastic Compounds, Inc. We hope your honor will take into account how important Frank Miller is to the ongoing operation of Hoffman Plastic Compounds, Inc. We all fear that losing him will jeopardize many jobs here.

I, hope your Honor will take these facts into consideration of Frank Miller and appreciate your reading this letter on our behalf. Thank you.

Sincerely,

Ramon Rosás
Supervisor

Carlos Montalvo
Supervisor

Eloy Salgado
Supervisor

Plant Employees:

**Please note that his letter was translated form Spanish to English by Grace Lopez in our office.**

Estimado Juez Saylor

Permitame que me Presente. Mi
Nombre es Ramon Rosas. Yo soy
el Supervisor de Plomo de Hoffman
Plastic Compounds, Inc.

He Conocido a Frank Miller por casi
16 años como gerente de Planta
de Hoffman. El se encarga de
todo el personal de Planta incluyendome
a mi y a otros dos Supervisores asi
como todos los empleados de la planta.
que Esta empresa ha empleado ya que
hemos estos aqui. El tiene un interes
personal en todos los empleados ya
que hemos estado aqui. El tiene
un interes personal en todos los empleados
que trabajan aqui y trata de asegurarse
de que nuestras preocupaciones son
siempre tratados. Frank siempre ha
luchado duro por un Salario Justo por
una Jornada de Trabajo. En un area de
los EE.UU donde los trabajadores hispanos
son mayoria ventaja y muchas veces
cuenta por los Empleadores, frank siempre
se asegura de que reciban un trato
Justo y con respeto. Parece ser un
hombre de gran honestidad e integridad.

Recuerdo que el plazo de dos años de Frank estar aqui, la empresa se estaba convirtiendo mas empleados en la planta de casi todas las semanas. Frank vino a mi y los otros dos supervisores para preguntar por que pensamos que no era un gran volumen de negocios del personal de la planta. Le explicamos que los empleados sienten que no hacen un salario justo por el trabajo que hacen y lo dejarian tan pronto que encontraran un trabajo mejor remunerado. Frank fue a el dueño que era hora de dar a todos los empleados de la planta de un aumento importante en la remuneracion. Esta fue la primera vez que alguien vino a nuestra defensa de un buen salario. Estamos muy agradeados de tener a alguien como Frank a tener en cuenta nuestros intereses. Cuando la economia se rechazo hace unos años la compañia ha perdido un poco de los negocios y los empleados estaban siendo despedidos rapidamente que se redujeron mas del 50% en nuestro negocio. El propietario de Hoffman pregunto si queria Frank salir y

tratar de llevar en algunos nuevos
negocios a Hoffman Plastic Compounds
ya que estaban perjudicando
gravemente. Frank trajo
el segundo cliente más importante
que la empresa ha tenido, nos dio
la vuelta. Empesamos a contratar
empleados de nuevo Mantenemos
este cliente a este dia a causa
de un esfuerzo constante de Frank.
nosotros como empleados firmemente
convencidos de que Frank miller es
parte Integral de Hacer esta empresa
fuerte y prospera. Entendemos que
Frank tiene algunos graves problemas
legales en curso que podria alejarlo
de Hoffman Plastic Compounds, enc.
esperemos que su Honor se tendra en
cuenta la importancia de Frank Miller
en la operacion de Hoffman Plastic
Compounds, enc. Todos tememos que
perder a Frank podria perjudicar
muchos puestos de trabajo aqui.
Yo, espero que su Honor se lleve
estos hechos en cuenta de
Frank Miller y aprecie esta
carta de nuestra parte.
Muchas Gracias

# EXHIBIT 9

Jennifer Lanigan
241 Billings Rd.
Fitchburg, MA 01420

February 18, 2011

The Honorable Judge F. Dennis Saylor, IV
U.S. District Court
595 Main St.
Worcester, MA 02210

Dear Judge Saylor,

My name is Jennifer Lanigan and I am the step-daughter of Frank Miller. It is my hope that, through this letter, I will be able to offer you some insight as to the true nature of my father's character and the journey we have been on as a family. While I fully understand the gravity of the situation my father is in, it is also my wish that you will fully read and take into consideration the following sincere plea for leniency.

I met Frank Miller 21 years ago, when I was 13 years old. Until that point, having never known my biological father, I had always felt that there had been some sort of a void in my life and I carried a sadness with me when I saw school mates and friends with their fathers. However, from the moment I met Frank, despite a relationship not blood based, he has been a loving, caring and supportive father not only to myself, but to my younger brother Michael as well. Needless to say, that void has been filled and I am hard-pressed to think of a happy memory in my life that does not have him in it.

My father is a kind, loving and gentle human being and there are no words to express the influence that he has had on the lives of myself, my sister and my two brothers. Today, we are all well educated, generous and responsible individuals that have bright futures ahead of us and we are a true testament to our father.

Growing up in our home, academics were always a topic of discussion and nothing was more important than learning. It was never "if" we went to college, it was "when". My father has always instilled the importance of education and he is the motivation for accomplishment in my life. We were all expected to hold jobs, contribute to our expenses and be responsible for our actions – and there was a time where I found myself having to be responsible for many actions. However, even in my more rambunctious years when I found myself surrounded by an unsavory crowd that had no respect for rules, my father always exercised fairness, patience and understanding in his discipline. He is not one to raise his voice or use profanities. When he saw me heading down the wrong path, his (and my mother's) solution was communication and presence. They would communicate to help me understand where I could be headed and made sure that family and love were ever-present. I saw this same patience, understanding and desire to be present as I watched my father care for his ailing mother. Even in the stages of dementia, when she didn't always recognize him, he was very patient with her. He made sure he was able to see her at least once per week and he made financial sacrifices to ensure her care and comfort.

Being family-oriented, caring, patient, generous and responsible are all innate characteristics that my father possesses.

I believe that characteristics are passed down from generation to generation by the examples parents set for their children. My father, like his father, is not someone who came from privilege and his life has not been easy. He grew up in Dorchester and Mattapan, MA and everything he has ever achieved came from perseverance and hard work. Like my father, his own father always instilled the importance of education, and ever since he was young, academics played an important role in my father's life. While in Junior High School, a teacher recommended that he apply to Boston Latin School. After being accepted, my father traveled an hour back and forth each day by bus and train to attend school. At the age of 17, his life suffered a tragic blow when his father suddenly passed away. Having no means to put himself through college, he attended Northeastern University through their co-op program and graduated with a degree in chemical engineering. He then embarked on a career in the chemical industry - an industry that my father loves and is quite knowledgeable in. Throughout the majority of his professional life, my father has been a well respected man with a reputation for honesty and integrity. His dedication and hard work had finally paid off when he was able to build up a business called Global Products.

I met my father when he owned Global Products and it was a great time in our lives. It was my introduction to a real family because I had gained a father, a sister and another brother. We took family trips, had great holidays and we were all very happy. There was a lot of quality time in those days and we all grew very close. Even more exciting was when we found out that my father was merging Global Products with his competitor, Gitto Corp. Though he was told by many people that he was making a mistake in moving forward with the merger, I remember my father being very proud and he talked so much about his big dreams to someday be able to take the newly formed company public.

The years that followed and led my father and family to where we are now are almost surreal. If I had not lived through this, I don't think I would believe it. That may seem like an exaggerated statement, but I assure you, Judge Saylor, it is not. Before I begin, I want to say that there is no question that my father demonstrated poor judgment and made dreadful decisions while at Gitto/Global. However, I can tell you beyond the shadow of a doubt that the choices he made during those times are not indicative of who my father is as a man. I believe from the bottom of my heart that my father found himself in unchartered territory with a family whose greed is voracious and he was in a position that he could not escape from. The more he tried, the deeper he got. His actions were not perpetuated by greed. He gained nothing and lost everything. In the end, my father had become a despondent shell of the person he was during the merger.

While in college, I spent time working at Gitto/Global as an office clerk. Walking into that office was like walking into an ice box. People were literally afraid. Not of my father, but of his business partners. I would watch as members of that family walked through the building with a sense of superiority and entitlement like nothing I had ever seen before. They looked at everyone, including me, like we were nothing. If you even spoke to them, it was like you were bothering them. Every time I was there, I would spend my time thinking about how strange the dynamic was. Even more astonishing was the way they would treat my father. It was clear that they looked at him the same way they looked at me and everyone else – like he was nothing.

The best way to describe my father's relationship with his business partners would be to ask you to think back to grammar school and imagine bullies that push people around and get away with it because the kids don't even know how to react. It was very uncomfortable to see and I often wanted to ask my father why he would tolerate that treatment in a company that he owned 50% of, but, for some reason, I was always afraid to.

The years that followed were heartbreaking to watch.  At the time, I did not realize the extent of the financial trouble the company was in, but I knew it was bad.  There were many evenings that I would sit at the top of the stairs and eavesdrop, like a child, trying to figure out what was going on. I watched my father diligently try to sell his half of the company, but it was always to no avail. The reputation of my father's business partners in the chemical industry was so ghastly that no one was willing to purchase 50% of a company that was also owned by them. He also found buyers to purchase the company outright, which would have made everyone come out whole, only to be turned down by his partners because they wanted more. I would hear about the threats made against my father and other employees, as well as the exorbitant spending. I can tell you that my father was beside himself and felt powerless in trying to stop it. I saw desperation and regret every time I looked into my father's eyes.

During this time, my father began selling everything that he and my mother had ever worked for. He was even trying to make short term investments to try and come up with more money to put into the business. It was also during this time that my younger brother Michael spent time doing clerical work at the office. My brother and I often discussed the fact that we knew how our parents were treated by the Gittos, but we had never witnessed it. Then, one afternoon, my brother came home and was very upset. He had witnessed Charles Gitto viciously verbally attack my father at the office in front of many employees.

I was beside myself when that happened in front of my brother. I wanted my father out of that company. My father had just put the last of any money he had back into that place -- even though he wasn't the one taking it out -- and that is how he gets treated. This all happened when I was starting graduate school at Simmons, one brother was attending Suffolk, and another brother was getting ready to start at the Rochester Institute of Technology. We were forced to take out loans because my parents could no longer afford to help us with our education expenses, which devastated my father. I wanted to go down there and tell those people exactly what I thought of them. I wanted to tell them to put all of the money they took out back into that company, but I couldn't. I was powerless to help my father and it was a horrible feeling.

It was not long after that happened that my father actually left Gitto/Global. He was relieved to be free and afraid of the road ahead. Just after he left the company, I was sitting with my father and he had received a voicemail from Gary Gitto and this time, I heard the threats myself. It started with. "If you know what's (**expletive**) good for you…" I was horrified… and scared.  At the time, my father was planning to meet with the government.  He had to stay in a hotel in Boston under a fake name and my mom had to have security at our house for her and my brother.

I apologize if this seems long, but please understand that this is my only opportunity to have a voice.  I have been tremendously effected by all of this. I know what the corporate culture was like at Gitto/Global and I know what my father went through.

As I said earlier, I believe that characteristics are passed down from generation to generation by the examples parents set for their children. I feel sorry for the Gitto family. They have gotten away with so much, often times to the detriment and expense of others. They have so much opportunity and privilege, yet they choose to behave so vehemently. Our family might not have a lot of money, but we are a family built on honesty and integrity – and we learned it from our father. The opportunity to write these letters are the only way that we have to fight back and we will follow the example set by our own father by being honest and hope that, in the end, the truth will come out.

My father could have chosen many attorneys, but he chose Dwyer and Collora because he wanted to follow the path that they had recommended. To be truthful and honest about every detail and that is what my father has done. Despite the fear that he feels, he has conducted himself with honesty and integrity in his cooperation with the government and the bank. That is a true testament to my father. That is the person that he is. Even through all of this, my father can be found on weekends trying to give back to the community by cooking and serving food at a local homeless shelter in California.

Judge Saylor, I am begging you to please consider the circumstances that would drive a man as good as my father to these actions that are completely uncharacteristic of who he is. I beg you to please see that my father never acted out of greed. I beg you to please take into regard all that my father has done to try and make things right. His cooperation with the government from the very beginning and his cooperation with the bank to help in any way he possibly could.

My father is 61 years old and he will never be able to recover from this. Not financially, emotionally or professionally. I am begging you to please take into account all that he and my family have suffered. This has been a very difficult road and our family is all we have left and he is the center of everything to us. I am begging you to not send my father to prison. He is a good man and poses no threat to society. Society will benefit so much more if my father is given the opportunity to help educate and prevent others from following the same path he found himself on.  By finding an alternative, my father would not be a burden to tax payers and the already overcrowded prison system would not have to be burdened with a non-violent, 61 year old man that has no criminal history and would never commit any sort of crime again, because it is not who he is. I beg you to please consider my father for a prison alternative such as a community program.  Please.

Respectfully Yours,

Jennifer Marie Lanigan

# EXHIBIT 10

Michael LaFrenier
114 Treehouse
Irvine, CA 92603


November 22, 2010


Dear Honorable Judge F. Dennis Saylor,

My name is Michael LaFrenier. I am the son of Maria Miller and the step-son of Frank Miller. I'm 27 years old and employed as an Executive Recruiter. Frank has been an integral part of my life since my early years of childhood. I hope this letter will give you some insight as to Frank's character and the positive impact that he's had on my life.

In my profession, being able to evaluate an individual's character, how they represent themselves, and determining their true motivations and values, are key to placing the right individuals in the right positions, and maintaining my own credibility and good reputation. The turnover rate in this industry is about 60% with most recruiters only lasting 6-8 months in one position. I have seen some of my peers often engage in what I consider unethical behavior out of desperation to keep their jobs. I have been with my current employer 4 years, and have been frequently told that what they admire most about me is my integrity, honesty, and my work ethic. These attributes are merely the result of having spent over 20 years of my life absorbing all the knowledge that Frank has given me and following his example of compassion, integrity, a strong work ethic and love for helping other people.

Frank has always set high standards for all of us, instilling in us the value of an education and a good work ethic. He often spoke of his own childhood, his father had a trash disposal business and when he needed money his father would say to him "no problem, how much time can you give me at work". He put himself through college after his father passed away and cared for his mother most of his life. When I was in high school and my social life became a little too important to me, Frank sat down with me and told me that I had too much time on my hands and that I should find a job. He felt that I needed to stay busy and that I would find earning my own money very satisfying. He was right, I did like earning my own money and many weekends I was too tired to go out. My teenage years were not easy; I felt a sense of abandonment due to the absence of my biological father in

my life and often projected my frustration towards Frank. He made it very clear to me that he cared for me, but that disrespect would not be tolerated in our home. Out of all the kids, I was probably the most challenging to deal with and there were times when I made poor decisions. Frank quickly stepped in and set me straight. He was tough on me, but his love for me never wavered. I came to understand how much he cared for me and that he only wanted me to be the best person that I could be, and eventually I found myself wanting to make him proud.

Frank is not someone who takes his responsibilities lightly. He was very close to his mother and always made sure that she had everything she needed. He worked very hard and was very busy but he always made time for all of us. Especially, for his biological children, Jackie and Joel, who lived with their mother in Sharon, MA. Each Saturday he would drive from Bolton to Sharon and then they'd pick up their grandmother and spend the day together. He made sure that Jackie and Joel always knew who much he loved them. They spent a lot of time with us and over the years we became a very close knit blended family.

I grew up watching Frank do many good deeds in his life. Helping others is something that is very natural to him. Whether it is helping someone find a job, going with you for a doctor's appointment, or helping you change a flat tire he is always willing to lend a hand. In the past 10 years I've watched several members of our family pass away after suffering long debilitating illnesses. Frank has always been there for the family offering emotional support and helping find doctors and the best medical care available. My mother's sister lost her husband after a long battle with brain cancer. This was by far the most traumatic experience that I can recall. I have two cousins who are a little younger than me. The family rallied around them and everyone did what they could to help out. One thing that stands out in my memory is Frank and my mom taking my cousin, who was 15 at the time, shopping and buying him a suit to wear to his father's funeral.

When Gitto/Global went bankrupt I was living at home and commuting to school. I remember vividly just arriving home from school when the phone rang. It was my mother calling to tell me that there was a problem. She told me that if anyone came to the door not to answer it and that she would be home very shortly and that she would explain when she got there. She tried to reassure me that everything would be okay, but I knew that something was very wrong. When she arrived she had two security guards with her. She told me what had happened with the business, and that Charlie and Gary Gitto were threatening Frank, and that the security guards were there to make sure we would be safe. She also told me that Frank was spending the night in Boston and that he was scheduled to meet with the

U.S. Attorney's Office the next day.  I felt like I was living through an episode of the Sopranos.  I remember looking out the window and seeing that the security guards had parked their car sideways at the bottom of the driveway to deter anyone from trying to come near the house. I knew there were problems with the business, I could see that Frank was troubled and he often came home and went straight to bed without eating dinner.  In the last year of the business, my parents often had people from Vitroco, a company in California that was trying to buy the business, over the house for dinner and I'd overheard conversations regarding the Gitto's spending and problems with the business but I had no idea how bad it was.

I recall sometime in 2003 stopping by Gitto/Global to see my mother.  I was waiting for her in her office when I heard yelling in the front lobby.  I went to the top of the stairs and looked down to the lobby and saw Charlie Gitto yelling obscenities at my step-father and calling him names in front of a number of employees.  He was angry because they were missing a material that they needed for production.  My step-father was trying to explain that they had not received the money that they were expecting and that he had not been able to send a check to pay for the material. This made no difference to Charlie and he was relentless. Frank just stood there and said very little. I went back into my mother's office and closed the door.  I felt embarrassed and strongly felt my step-father's humiliation. I will never forget the look in Frank's eyes when he came upstairs and walked into my mother's office and saw me sitting there.  He looked so embarrassed and diminished. The pain I feel when I think of this memory is something that will stay with me forever and I wish I had not been a witness to this.  Frank was very well liked by all his employees as evidenced by the comments that they often made to me when I was there versus the dislike they showed towards Gary and Charlie Gitto.

The months following the bankruptcy were very difficult.  Frank was very depressed and at times unable to even get dressed and staying in his bathrobe all day.  My parents had put all of their money in the business and were forced to sell their furniture and personal possessions in order to live. I watched as strangers came to our house and rummaged through our things.  It was one of the most humiliating experiences of my life and I know it was devastating for my parents.  My mom was very concerned about Frank's safety and living so close to the Gitto family, she felt that it was just a matter of time before something happened and my parents decided to move to California. They wanted me to go with them but I was beginning my third year of college and did not want to move.  I stayed with my sister in Watertown in order to continue my education at Suffolk University.  My parents could no longer help me with expenses and I took out student loans to finish school.  During this time I was subjected to many comments and

harassment due to Frank's affiliation with Gitto/Global, but even from a distance my parents were very much a presence in my life. We talked almost every day and they constantly told me that I had to be strong and focus on the task at hand which was graduating from college. After I graduated, I moved to California and currently live with my parents. I feel like I've come into my own. I find my work very satisfying and love that I'm in a position that I can help others especially during this bad economy. Whether it's finding a position for them or giving them tips on how to structure their resume or referring them to someone else if I can't help them. I feel like I have the opportunity to make a difference in someone's life and I'm very grateful for that.

I am an avid reader of business books, reading two to three books per month. I love to read about some of the great men in business such as John D. Rockefeller, Thomas Edison and Henry Ford and I also enjoy the writings of Dale Carnegie and Napoleon Hill. A common theme in all of these books is living a life of integrity and honesty and the challenges of maintaining your values in the business world. I know from my own experience and from what I've observed in the work place that one minor infraction, regardless of how minor it may seem, can easily take you down a path of destruction. I often think about the situation that Frank is in and I struggle with reconciling what he has done with that of the man than raised me. The man that raised me taught me integrity, honesty, and self-respect.

As you consider my step-father's punishment, I beg you to be compassionate towards him. My family has suffered a lot these past few years and Frank has suffered even longer than that. His spirit has been broken and everything that he's worked for all his life is lost. The future for my parents looks grim. There is no comfortable retirement in store for them. They will have to work hard well beyond the retirement age. I don't know everything that happened there, but I do know one thing, that greed was not the motive. Frank worked many long hours and weekends and put all his money in the business in the hopes of selling it so that no one would get hurt. I am not proud of what he did at Gitto/Global, but I am proud of the man that raised me and the values that he taught me. I beg you for leniency for Frank and I hope that you will consider an alternative to incarceration and allow him to remain in society.

Sincerely,

Michael LaFrenier

Michael LaFrenier

# EXHIBIT 11



# Jewish Family Service of Orange County
1 Federation Way, Suite 220
Irvine, CA 92603-0174
714-445-4950 – 949-435-3460 – Fax 714-445-4960

December 13, 2010

The Honorable Judge Dennis F. Saylor IV
U.S. District Court
595 Main Street
Worcester, MA 01608

Dear Judge Saylor,

Frank Miller was a volunteer mentor for Jewish Family Service for over a year.  He was competent and committed to his volunteer position and made a significant difference to the individual he was mentoring.  The mentee, with the help of Mr. Miller, was able to attain employment and permanent housing.

If you need any additional information please do not hesitate to contact me at (949-435-3460).

Sincerely,

*Marcia Marcinko*

Marcia Marcinko
Director of Lifelines & Volunteer Services

   

# EXHIBIT 12

Jacquelyn Miller
2900 Adams Mill Road NW, Apt. #301
Washington, DC 20009

The Honorable Judge F. Dennis Saylor, IV
U.S. District Court
595 Main Street
Worcester, MA 01608

November 22, 2010

Dear Judge Saylor,

My name is Jacquelyn Miller, and I believe I can speak very well to the character of
Frank Miller, as I have known him my entire 28 years of existence. Frank is my
father, and although we only lived in together full time in the same household for
seven years, he has always been a permanent fixture in my life and an outstanding
parent. My father has consistently made it his utmost priority to maintain a strong
relationship with both my brother and me, calling us to check in almost every day
while we were growing up and driving nearly thirty miles to my mother's house
every Saturday to spend the entire day with us, even if it was only to wander around
a mall or grab a bite to eat. My dad has always made it clear how much he loves us,
and he can certainly rest assured that the feeling is mutual.

My father has recently been involved in some serious legal issues, and this has made
for a very trying time that has tested his strength. He has continuously expressed
regret from day one over all that has transpired, and I am certain that if he could
turn back time, he would never have gone into business with the Gitto family to
begin with had he known any of this was going to happen. I often worked in the
Gitto-Global office over a few summers and school breaks helping out with filing and
other general office tasks, and was there frequently as a visitor whenever my dad
brought me in. I got to know several members of the staff quite well, and from the
start, I never felt comfortable around either Charles or Gary Gitto. They always
presented themselves as extremely intimidating and acted as if they were better
than everyone else that crossed their paths, and I made efforts to try and be in their
offices as infrequently as possible. I often found myself wondering why my father
was a business partner with these men, as he was definitely the oddball out in terms
of his personality compared to theirs. I noticed that other staff members always felt
comfortable and at ease with my dad, and appreciated the fact that he appreciated
them and actually treated them as human beings (as opposed to the two Gitto men,
who treated their employees more like "the hired help.") While I would certainly not
be surprised at all if Charles or Gary Gitto did anything with malicious intent, I feel I
can say confidently that my father never has and never would intend to mislead or
bring harm to anyone, as some of his strongest personality traits have always been
sincerity, loyalty, and the fact that he treats everyone he meets with the utmost
respect, both professionally and personally.

Perhaps the best way to bring to light all the positive attributes of my father's character would be to demonstrate one of the countless occasions throughout his life and all of ours where he has gone well beyond the extra mile to help those closest to him who have needed it. Approximately thirteen years ago, my grandmother (my dad's mother) reached a point in her life where it was clear she could no longer live on her own and take care of herself. For many years, she lived in a one-bedroom apartment by herself, and some of the numerous positive memories I have with my father growing up are the weekly visits we all had with her at her apartment cooking, talking, and going out to eat or shop. However, once my grandmother advanced in age and began exhibiting signs of dementia, it was clear she needed assistance in her daily activities and could no longer live on her own. While my father's three siblings debated over where their mother would go, who would look after her, and who should foot the bill, it was my father who stepped up to the plate and offered to bring her in to his own house to live with him. She had her own room there (which, up until the very day they moved out of the house, was called "Grandma's room"), and we as a family were fully prepared to welcome her into the home. She did end up coming to stay briefly a few times, but unfortunately, the stairs in the two-story house proved to be too much for her, and everyone felt it would be much better for her to go live with my uncle instead, since his home was only one story. The care that my father provided for his mother, however, did not diminish in any way, as he still came visit her quite frequently and did all he could to ensure her well being. When it came time to place my grandmother in a nursing home, it was my father who took the lead on making sure she was in the best place with the best care, even going so far as to hire a personal care attendant to look after her and help her when it appeared as though the nursing home staff wasn't doing enough. Although this nursing home was located about a mile or so away from my uncle's house and over 80 miles away from my father's house, it was still my dad that visited her the most often out of anyone, spending as much time with her as he could and making sure that she was never without anything she needed. This continued right up until my grandmother's death, even after her condition deteriorated to the point where she no longer recognized anyone that came to visit her anymore.

Of course, though, I feel I cannot fully describe my father's character to you without mentioning how much my dad has been there for me throughout the years. I have always known, no matter what, that my dad has been and will continue to be there for me whenever I need him, regardless of how many physical miles are between us. Even though my parents are divorced, I always had a home to go to at my dad's house that was never more than an hour away, whether from my own home with my mother or from college. He supported me all throughout school and made sure that the only thing I needed to focus my attention on was my studies, of which I am very grateful for. When I was younger, he made it a point to attend my Girl Scout Father-Daughter dances with me, even if it meant driving at least an hour out of his way on a Saturday night, and my brother and I were never excluded from any family events he attended, including those of my stepmother's family. Even though my

brother and I are not blood-related to her, my father ensured that we were included as part of their family just as he was and that we were always welcome, no matter where he went. Our entire family, including my dad, stepmother, brother, stepbrother, and stepsister, is now a very close-knit one, despite the miles between us, and I truly feel that I have my father to thank for making our family what it is today. I saw my dad all the time while we all still lived in Massachusetts, and even now that we are located on two opposite coasts, my dad and I still do our best to make sure we get to see each other at least once a year. To this day, he still calls my brother and me almost every day to check in with us and see how our days are, fill us in with what's going on with him, etc (to the point where almost every time my phone rings, my friends automatically call out, "Hi, Dad!" before I even go to answer it). I recall my father once telling me that he knew some of his siblings did not have nearly as close a relationship with their children as he had with us, and while he didn't know why that was the case or why they chose to do that, it was very important to him that his relationship with us did not follow their lead. He told me he had made a conscious decision to ensure that he was a prominent part of our lives and that we would never become distant, and I can fully assure you that he has stuck to this 110%.

While I certainly understand the seriousness of the charges that my dad is facing, I would like to ask that you take into consideration the circumstances surrounding the situation. I fully and whole-heartedly believe that my father was under immense pressure from the Gittos to do whatever it took to save a sinking business; and as such, was subsequently forced into taking actions that were completely out of character for him. The workplace had become an increasingly hostile environment for my father and everyone else that worked there, and I believe that his number one concern was trying to save the business for the sake of his employees (something I do not believe was even a passing thought for the Gittos). Immediately after Gitto-Global filed for bankruptcy and conditions began to deteriorate, I was present to witness my father receive a very vile and threatening voicemail message on his cell phone from Gary Gitto. While I do not recall word-for-word what was contained in this message, I do remember that my father felt physically threatened by it, and that Gary had mentioned something akin to, "you better get your (expletive) back here... if you know what's good for you." We felt that this was an important message that other people needed to listen to so that they could be made aware of Gary's hostile attitude and malicious intentions, but unfortunately, the message was accidentally deleted before it could be replayed. I had also heard numerous stories from others about the kinds of things the Gittos usually did around town and around the workplace, and these stories only helped strengthen my unfavorable opinion of them. After Charles Gitto was the first person to RSVP to my Bat Mitzvah when I was a teenager and then the only person that stated they would be attending and never showed up, I knew he was the type of person that did not respect others, and over the course of time, he and his son only continued to prove to me and to others that this was exactly the case. Perhaps that is the most defining trait that separates my father from these men, and what makes the actions my father took so truly uncharacteristic.

My father has continuously expressed regret for all that has transpired surrounding this case, and I certainly believe that he has learned a valuable lesson and will make every possible effort to ensure he is never involved in anything like this ever again. He has cooperated 100% with the authorities and all others involved to try and ensure that all the facts are brought to light and that a resolution can be reached that is suitable for everyone, and to the best of my knowledge, he has never attempted to conceal anything or obstruct the investigation in any way. This whole situation is something that has brought a great deal of pain and anguish to our family, and I know that my father has especially suffered the most out of all of us, worrying not only about the impact everything will have on him but also the impact on and the toll it has taken and will continue to take on those closest to him. Regardless of the final outcome, this is something he will have to live with for the rest of his life, and for the past six-plus years, that has proven to be a heavy punishment in and of itself. My father is a good man, a very hard worker well loved and respected by all his family and friends, and I know that he can make amends and a much greater contribution to society on the outside rather than in incarceration. I do not believe he will ever stop working to try and repair the damage that has been done to everyone involved, as that is simply the type of person that he is, and I wouldn't expect anything less. As a result, I'd like to ask that you give my father as much leniency as you can and the chance to make things right. He deserves the opportunity to be there for my family like he always has been, and like we have been there for him.

Sincerely,

Jacquelyn Miller

Jacquelyn Miller

# EXHIBIT 13

Joel Miller
24 Hardwick Street Apt 3
Cambridge, MA 02141

November 19, 2010

The Honorable Judge Dennis F. Saylor, IV
U.S. District Court
595 Main Street
Worcester, MA 01608

Dear Judge Saylor,

My name is Joel Miller. I'm Frank Miller's son. He's my loving and caring father, and I've known him for all 25 years of my life. I understand the immense gravity of the situation he's currently in, and it's because of that that I hope I can use this letter to help you to better understand the man that my father is.

It's my belief that the most important thing in any individual's life is having good teachers from which to learn. Through my life, I've been blessed with a great deal of wonderful people that have helped me to learn and grow, and among them, my father has been a standout performer. He's taught me a great deal of things, from simple concepts like the importance of education to complex ones like how to create and maintain business relationships. I remember very poignantly one time in middle school when I brought home a report card that was less than stellar. I was appropriately scolded by my mother and had gone off to sulk in my room. Shortly thereafter, my father called to talk to my sister me, as normal. I knew that my mother would tell him what happened with my report card, and so when he wanted to talk to me, I refused, knowing that I was only about to be scolded again. He wouldn't let up, sending my sister in to tell me that I couldn't hide and he wasn't going away, so I picked up the phone. I was again told that my poor performance was unacceptable, but what I really remember about the incident, is that right after that, my father asked me, "So, what are you going to do about it?" There was a long pause from me. I was unprepared for the question, and I don't remember what I said, but that was the first time I ever really started clueing into the fact that I couldn't change what I had done, and what really mattered is what I could do going forward. It's one of the absolute most important life lessons I've ever been taught, and it was my father that taught it to me.

When I was very young, my father used to take my sister and me to go see my paternal grandmother almost every weekend. At that time, she was living alone in Brocton, and my father knew that both that he needed to check up on her and that bringing us to see her would make her happy. If there were any errands she needed to run or shopping she needed to do, dad would always take her out to do it. Later, when her condition deteriorated and she couldn't live on her own anymore, she went to live with my uncle and aunt on the cape, but it was still my father that was paying for her healthcare and other things. Later still, when she needed to go to a nursing home, it was my father that took care of all the arrangements. When my father wasn't satisfied with the frequency with which we all could come and see my grandmother in the nursing home, he went so far as to hire a woman out of his own pocket to be

with and take care of my grandmother daily. For some time, as my grandmother continued to deteriorate, it took a great toll on my father. Up until that point in my life, it was the most stressed I'd ever seen him.

My father is a good man. My father is a caring, decent man. I can't speak intelligently about what happened at his business, because I don't know, but what I do know is that he's been visibly wracked with fear, stress, and guilt since this whole mess happened. I talk to him almost every day, and normally he's able to keep a calm, in-control quality about him. It's very reassuring; it was especially so when I was young. He hasn't really been that way for quite some time now. I still to this day remember the phone call when I was in my dorm room at college and my father called me up crying to tell me that things had gone south with the company. The only other time I remember him choking up like that when talking to me was when my grandmother died. I daresay that I better know the way my father thinks than almost anyone. He's not an evil man by any stretch of the word, and he's been very troubled by this whole ordeal. I know he wouldn't get involved in anything like this ever again. Furthermore, with both his current employment and his volunteer work, he's much better able to contribute to society outside of prison than in it. I ask you to please consider these things when determining his sentencing.

Yours Faithfully,

Joel Miller

**EXHIBIT 14**

Maria Miller                                    February 2, 2011

The Honorable Judge F. Dennis Saylor, IV
U.S. District Court
595 Main Street
Worcester, MA 02210

Dear Judge Saylor,

My name is Maria Miller and I am Frank's wife. We have been married for 13 years and have known each other for more than 25 years. I hope that my letter will give you a better understanding of who Frank is as a person and how he has conducted himself throughout most of his life. I feel that I am in a unique position to provide insight, not only as Frank's wife, but also as a former employee of Gitto/Global.

The first thing I would like you to know about Frank is that he is a gentle and kind man. He treats everyone with respect and is not the type of person who loses control of his temper. He is not given to verbal outbursts nor does he use profanities when he is moved to anger. Frank always conducts himself as a gentleman. He is not capable of physically hurting another human being and violent behavior is simply not part of his DNA.

Frank is a wonderful father and family man. There is nothing that he enjoys more than spending time with his kids. He has two biological children from a previous marriage and two stepchildren whom he has embraced and taken full responsibility of for most of their lives. Frank's divorce was very difficult for him, but he made sure that the children were well taken care of and that he was a constant presence in their lives. Every Saturday, Frank would pick up his kids and take them to visit their grandmother. They would take her out for lunch, grocery shopping and then back to her house where they would hangout for a couple of hours. He never missed a Saturday unless he was sick or out of town on business. He called the kids every night to check in and see how they were doing, and he made sure that he was a part of all the important events in their lives. He disciplined them when necessary and was very supportive of their mother when it came to matters of discipline. Even though he did not live there his presence was always strongly felt.

Frank instilled in all the kids the importance of an education, a strong work ethic, honesty and integrity. These kids have been through a very difficult ordeal the last couple of years. Three of them were in college when the business filed for bankruptcy. We were no longer able to help them with educational expenses as all of our money had gone into the business. They had to find other means of paying for their schooling. They worked hard and took out student loans in order to complete their education. This was a very dark time for them, and the fact that they were able to focus, and stay on task, is a testament to the strength of their character and their up-bringing. Today they are all gainfully employed, very productive members of society, and they conduct themselves in all matters of their lives with the upmost integrity and honesty.

Frank is a chemical engineer by trade. He graduated from Northeastern University. His father passed away just before he started college. Frank was the only child still living at home as all of his siblings were already married when his father passed away. He decided to commute to school rather than move away so that his mother would not be left alone. His mother was in a very bad state during this time and he feared for her mental well-being. The manner in which his father died has haunted Frank his whole life. His father had a massive stroke and had been complaining for a while that he didn't feel well. The doctors told him that it was nerves and did not pursue the matter any further. Frank was the only one home with his parents when his father suffered the stroke and often speaks of what that was like. This is a scenario that was repeated many years later when his stepfather had a massive heart attack at home and died in Frank's arms while he was trying to revive him.

Frank felt an immense responsibility for his mother all of her life. He was the one who always brought her to her doctor's appointments and he was the first one that she would call if she needed something. It could be a minor repair around the house, a financial matter, an errand that she needed to run, a family get together that she wanted to go to and needed someone to bring her or a number of other things. He did his best to take care for her and always made time for her even though he had a very hectic and busy schedule. I recall several occasions when she mistakenly referred to him as "my husband" instead of "my son" and she would immediately correct herself. Frank would laugh and say "that was a Freudian slip". Towards the end of her life, she no longer recognized him, yet he continued to visit her regularly, driving two hours each way to go see her, and often just sitting with her and holding her hand. She passed away in October 2003. Watching his mother's health deteriorate and making sure that her medical needs were met combined with the situation at work overwhelmed Frank. His skin looked pale and ashen and you could see that he wasn't well physically or emotionally.

Frank owned his own company, Global Products, prior to the merger with Gitto Corporation. I worked there in the Customer Service Department. As an employer, Frank was thoughtful and truly cared about his employees. He treated everyone with kindness and respect. He felt a deep sense of responsibility for many people, and did his best to be fair and considerate of their needs, and the many challenges that they faced in their private lives. Frank promoted many employees based on merit, and over the years, I saw many plant people given the opportunity to move to management positions in the office. There was a great sense of teamwork at Global Products and employees did not live in constant fear of losing their jobs. This is quite the contrast from the work environment after the merger. Once the Gitto family became involved in the business, employees were constantly belittled, demeaned and feared they would lose their jobs on a whim. It didn't take long before many loyal Global employees left the company. The Gittos replaced them with friends of the family who would laugh at their crude jokes, and cruel treatment of others, and soon the only employees being promoted were the ones that were part of the "Gitto inner circle". The Gittos quickly usurped the authority in the new corporation and constantly undermined Frank's efforts and authority.

Frank quickly realized that they were master manipulators, compulsive liars and incapable of feeling empathy towards anyone. Immediately after the merger, Frank discovered that equipment that Gitto Corporation had pledged to the new corporation in the deal didn't even belong to Gitto Corp. This was the beginning of a very long pattern of lies and deceptions. In the first two years, Charlie Gitto burned the new corporation for over $200,000. He owned a company named Pace Wire and Cable which purchased materials from Gitto/Global. They started falling behind on paying their bills and Frank placed them on credit hold. Gary Gitto took them off credit hold and assured Frank that "my father would never do anything to hurt Gitto/Global". This was a major hit for the new corporation and there were many more to follow in the form of "friends of the family" who would never hurt the business. By the mid 1990's Frank was already emotionally drained from dealing with them and wanted out. He tried to find a buyer for his share of the business but the Gitto's reputation was notorious and no one was interested. He continued to look for a buyer and asked Charlie and Gary to buy out his share. They downplayed the value of the business but agreed to find a buyer. This became a long pattern of telling him what he wanted to hear, doing nothing, and then exploding and threatening him when confronted.

In 1997 while on a family vacation, I received a call from one of the ladies that worked in Inside Sales at Gitto/Global and she told me that Charlie Gitto had just announced in a meeting that I was retiring. This was news to me and I was stunned that he had the audacity to say something like that without ever discussing it with my husband. At the same time, this did not surprise me as I'd already had 6 years of dealing with the Gittos. I was upset, but I was also very tired, and weary, and so I left the company.  Over the next couple of years, I could see that Frank was deeply troubled. He didn't say much about it, but he was depressed, anxious and seemed to have constant headaches.

Sometime in 2000/2001, Frank asked me to come back to work on a part-time basis to do accounts receivable collections. I was dismayed and frightened when I discovered the magnitude of the financial problems with the business. I didn't know what to do. At this point, Frank was desperate and just wanted out of the business. He turned to the corporate attorney, Mike Angelini, and told him everything that was going on. I didn't know Mr. Angelini very well, but my husband seemed to have a great deal of respect for him, and I felt a great sense of relief that finally my husband had someone who might be able to help him control Charlie and Gary. Mr. Angelini emphatically told my husband and Charlie and Gary that the company had to be sold and that it could not go into bankruptcy.  It was at this point that Charlie and Gary seemed to actively look for a buyer. After this meeting with Mr. Angelini, it seemed like selling the business was the only option and the only way to keep the banks and everyone involved from getting hurt.

Shortly after Mr. Angelini became involved, they had a buyer for the business.  A friend of Charlie Gittos by the name of Alfred Arcidi was interested in buying Frank's share of the business. After a meeting with Mr. Arcidi, Mike Angelini called my husband at home to tell him that everything was going to be okay. Mr. Arcidi was going to buy his 50% of the business and that he would be out shortly. Mr. Angelini told him that there would be no compensation but that he would be out of the business as he wished. My husband responded by saying that he didn't want anything and that he just wanted out. I don't know all the details of what transpired but the deal fell through.  I was told by a "Gitto insider" that Charlie and Gary wanted Mr. Arcidi to take a lesser share and were trying to maintain control of the business. This was like a punch in the stomach.  I couldn't believe that

with all the problems in this business that they felt like they were in a position to make demands. From this point forward, things just got worse as their greed seemed to grow exponentially and their reckless behavior progressively worsened. My husband worked tirelessly to find a buyer for the business, but his efforts were constantly undermined, as the Gittos dismissed any potential deal that did not have something in it for them.

The one question that I've been asked time and time again is why didn't Frank stop them? In the beginning Frank tried to intervene when he saw employees being mistreated but it didn't make a difference. He had many explosive arguments with both Charlie and Gary and would often come out of their office shaken and trembling. Following these eruptions there would usually be a period of calm and Charlie and Gary would be on their best behavior, but it never lasted long and the cycle would repeat itself over and over. Over the years the intensity of the Gitto's outbursts worsened and their behavior became more and more aggressive. It was not unusual for Gary to come to work with black eyes and bruises all over his face after a bar-room brawl. I witnessed an unbelievable physical altercation between Gary and Charlie that still makes me nauseous to this day. It was so bad that Gary's secretary locked herself in the supply closet and was crying hysterically. Gary often bragged about his "connections" to organized crime, and the cast of characters he surrounded himself with left no doubt in my mind that my husband was in a dangerous situation. The bottom line is that Frank was afraid of them and so was I.

REDACTED: ORIGINAL FILED UNDER SEAL

I know that as Frank's wife, what I say may seem overblown. I assure you it is not. Charlie and Gary's propensity for violence was very real and I believe the following speaks for itself. In 2003, Charlie and Gary assaulted two Leominster police officers who responded to a domestic disturbance call at Gary's house. The officers tried to enter the home and were stopped by Charlie Gitto who told them the he was a personal friend of Chief Roddy. It was reported that Gary Gitto charged the officers like a "bull". Amazingly, they got probation for this incident. I can't help but to wonder whether a person with less financial resources would have had the same outcome.

Frank believed that having a rock-solid legal agreement would protect his business interests and that as a 50% shareholder he would be able to control Gary. He did not expect Charlie Gitto to be part of the equation nor did he anticipate their violent nature. At first, Frank tried to be respectful of the fact that Charlie was Gary's father and he did not want to cause a riff in the family. He was also trying to maintain a good relationship with Gary. He went to Gary several times regarding Charlie's behavior and was assured that it would be handled. Unfortunately, Gary turned a blind eye to what his father was doing and Frank quickly discovered that Gary was no different. Their spending quickly became a problem and when confronted they would have explosive arguments.

In the early years Frank went to Mike Angelini complaining about what was happening. Mike tried to intervene but never got anywhere with either Charlie or Gary. On several occasions my husband was screamed at, physically threatened, and told not to go to Mike Angelini. Towards the end, Gary and Charlie got more and more aggressive with the amount of money they were taking out. Please keep in mind that Frank was putting money into the business at the same time in order to bring about the sale of the business. He was beside himself and called Mike Angelini constantly about it and was told to bounce their checks, "do not let them take that money out". That was the

best that Mr. Angelini could do. Even though Mike Angelini had a relationship with the Gitto's that spanned many, many years, and was one of the few people they listened to and respected, even he couldn't stop them. My husband did bounce their checks without their knowledge or they would have taken even more money out of business. I recall that at the end, my husband was on the phone with Mr. Angelini and became very emotional, I could only hear Frank's part of the conversation and when he got off the phone I asked him what Mike Angelini had said. He told me that Mr. Angelini had said that "Frank we can hold our heads up high...we did everything in our power to try to save this company and save those guys from themselves".

In the mid to late 1990's, I suppose Frank could have just walked away and handed them the business. That is certainly what I had advised him to do. I thought the Gittos were two nutcases and I was afraid for Frank. He had worked hard his whole life and felt that his share of the business was worth something and he wasn't willing to just let it go for nothing. He initially stayed trying to protect his investment and thinking in the back of his mind that he would find someone to buyout his share. When he approached Charlie and Gary they always downplayed the value of the business, and didn't want to give him much for it, but they did agree to find someone to buy his share. Unfortunately, they never came through and every time he approached them they would have explosive arguments followed by promises that they had no intention of keeping. By the year 2000 things were out of control and just walking away no longer seemed like a viable option. In 2002, I was present in Frank's office when Frank told Charlie that he did not want to pursue any new financing and that he'd had enough. Charlie's response was to tell Frank in a threatening manner that "you better do what needs to be done if you ever want to get out of here". I would also like to add that as someone who had watched Charlie and Gary in action that I was very aware of their political connections and new how powerful they were. Bribes and payoffs were a way of life for them and nothing ever seemed to touch them. This only added another layer of intimidation both to me and my husband. We were concerned that Frank would become the fall guy in all of this and that Charlie and Gary would both walk.

Looking back in retrospect and having gained greater clarity of the situation, I wish I had done something different back then. I don't understand how my moral compass could have been so off kilter. I should have forced Frank to consult with a criminal attorney or gotten him into counseling or something. He had no one to turn to who could advise him on a personal level and I had my own problems to contend with.

REDACTED:  ORIGINAL FILED UNDER SEAL

I feel a great deal of remorse for my part in this and I have cried many tears over the years. Not a day goes by that I don't think about it. Frank and I cared very much for the employees at Gitto/Global and we hate that so many people were dragged into this. The impact that this has had on so many lives leaves an ache in my

heart that will never go away. I am truly sorry for not having the conviction to stand up for my beliefs and will always regret the decisions I made.

When Frank finally resigned from the business, the threats were coming fast and furious. We were so frightened that Tom Dwyer had Frank stay in Boston under an assumed name and I was sent home with armed security guards. Even with all the fear that he felt, my husband made the decision to meet with the U.S. Attorney's Office and met with them the next day. I was terrified for my husband, and even though more than 6 years have passed, I still fear for Frank's safety. In February of 2005, we moved to California to put some distance between us and the Gittos. I have no doubt in my mind that had we stayed in the area something even more terrible would have happened. We had put all our money in the business and were financially devastated, we had no jobs, and we had no income coming in. It was a frightening prospect, but we felt we had no other choice than to move as far away from them as possible. It has been a long and hard road. We are bogged down with debt due to the legal expenses that we've incurred, and we have struggled much these past few years, but we have also regained our self-respect.

My husband has consistently expressed remorse for his actions and has never tried to place the blame on others. He feels a great deal of guilt over the hurt that he has caused so many people and knows that he will have to live with this for the rest of his life. Not a day goes by that he doesn't think about it. He fully acknowledges that his judgment was clouded and that he let his fears overwhelm him. He cooperated with the U.S. Attorney's Office from the very beginning and did all he could to help. He has been truthful and honest as to his part in all of this and has assumed full responsibility for his actions. He betrayed business colleagues and people who trusted him and believed in him. People he had known for many years, not to mention the banks and the loan officers whom he had a relationship with. He was devastated when the magnitude and the reality of what he had done finally sunk in. People knew what Charlie and Gary were like and this type of behavior was expected from them, but not from Frank. The reputation that he worked all his life to attain is now ruined and he has lost the respect of many of his peers. The shame that he has brought on his kids, who mean more to him than anything else in the world, is something that he will have to live with for the rest of his life. He can't undo what has been done but can only hope to make amends and that someday he may be forgiven. I beg you to consider all the facts in this case and the context under which these events took place. My husband is a non-violent man who has never been in trouble before. His acts were that of a desperate man who had been beaten down emotionally for many years. His life was sheer hell during those years at Gitto/Global.

Your honor, I thank you for taking the time to read my letter and I beg you to be merciful. Not just for Frank's sake, but for my sake, and the sake of our children, who have been through so much already and who will have to live with this stigma for the rest of their lives. None of us can bear to think of a future without Frank. He is the glue that holds our family together. My life has not been easy. My mother died when I was 19 years old, I had children at a young age, and I've worked hard my whole life. I'm not afraid of hard work but I had somehow hoped that my old age would be a bit easier. Our financial situation is bleak. The legal expenses have sunk us into deep debt and with Frank's impending incarceration I don't think we will ever be able to recover. My home is in foreclosure and scheduled to go to auction on March 3rd. I will need to find another place to live and as if things weren't bad enough we have unresolved IRS issues which I will have to deal with on my own. I am scared, overwhelmed and emotionally drained and I don't know how much more I

can take. I am very much aware of the fact that my husband is 61 years old and a long prison sentence will be a life sentence for him. Frank has proven that he is a talented individual by the work that he's done at Hoffman Plastics. He is well liked by the employees and has worked hard to improve their lives. I beg you to give him a second chance so that he may be able to work for at least a few years and to help me. I don't want us become a burden to our children in our old age.

Frank is not a danger to society and would never be involved in anything like this again. I truly believe that he has much to offer to society. He has worked as a mentor at the Jewish Community Center and together we help out at a homeless shelter. He has a natural ability to connect with people and cares deeply for those in need, and if he could help one young professional from making the mistakes that he made, it would be well worthwhile to keep him out of prison. I thank you again for your consideration and I pray that god will guide you in your decision and that you remember our family during your deliberations.

Respectfully,

Maria Miller

Maria Miller

# EXHIBIT 15

November 21, 201
The Honorable Judge F. Dennis Saylor 1V
United States District Court
595 Main Street
Worcester, MA 01608

Dear Judge Saylor:

Let me start by telling you who I am. My name is Martin A. Miller, I am one of Frank Miller's brothers. I would like to say that I thought long and hard about writing this letter. It is without hesitation that I tell you that I love my brother Frank, and I am very emotionally involved in Frank's well being and his future.

I would like to now reflect on my personal observations of what occurred at the Gito Global Corporation. Frank called me by phone one day and asked me if I had any contacts in New York who might be interested in buying the Gito Global
Corporation. He discussed with me in some detail the circumstances of what was happening at Gito Global. Needless to say I was shocked and horrified when he told me. I told him I would use my business contacts to seek a buyer,
however I made it clear to him that he must be prepared to tell the truth about the facts of what was happening at the Company.

I had my contacts because I was vice president and assistant treasurer at Wang Laboratories, Inc. I made some calls and developed interest in the possibility of buying Gito Global, and arranged for Frank, myself and the two Gito's to drive to
New Jersey for a meeting. The meeting occurred and in fact a second meeting took place in New Jersey. My contacts told me that they had real interest in buying the Company and recognized the technical talent of my
brother and wanted him, however they had real concerns about the Gito's. They checked out their contacts in the industry and were told that my brother was highly respected for his honesty and integrity, but they did not trust
the Gito's who had poor reputations. In the end we could not put a deal together because of the deep concerns of the Gito's.

You might ask me why my brother didn't just walk away from the fraud occurring at the Company. I truly believe that Frank was being threatened with bodily harm if he resigned and he was deeply concerned that the Company
would collapse and all the employees would loose their jobs.

My brother is basically a kind and gentle person who cares and respect others. He was now in a situation that he could not extricate himself from.

Judge Saylor, my family grew up in great hardship and poverty. During our childhood, my mother suffered from bouts of depression that affected her during her lifetime. My brothers and I also had to deal with depression during our
lifetime which I believe was inherited. My eldest brother, Marvin, had a very bad temper and was occasionally abusive to my father.

I would tell you, however, that the problems mentioned above did not detract from our parents providing us with much love and the concept of morality in our dealings with other human beings.

I hope in the circumstances of this case, you find it in your heart to show charity to my brother and I thank you for the opportunity to write this letter.

Very truly yours,

Martin A. Miller

November 21, 201
The Honorable Judge F. Dennis Saylor IV
United States District Court
595 Main Street
Worcester, MA 01608

Dear Judge Saylor:

Let me start by telling you who I am. My name is Martin A. Miller, I am one of Frank Miller's brothers. I would like to say that I thought long and hard about writing this letter. It is without hesitation that I tell you that I love my brother Frank, and I am very emotionally involved in Frank's well being and his future.

I would like to now reflect on my personal observations of what occurred at the Gito Global Corporation. Frank called me by phone one day and asked me if I had any contacts in New York who might be interested in buying the Gito Global Corporation. He discussed with me in some detail the circumstances of what was happening at Gito Global. Needless to say I was shocked and horrified when he told me. I told him I would use my business contacts to seek a buyer, however I made it clear to him that he must be prepared to tell the truth about the facts of what was happening at the Company.

I had my contacts because I was vice president and assistant treasurer at Wang Laboratories, Inc. I made some calls and developed interest in the possibility of buying Gito Global, and arranged for Frank, myself and the two Gito's to drive to New Jersey for a meeting. The meeting occurred and in fact a second meeting took place in New Jersey. My contacts told me that they had real interest in buying the Company and recognized the technical talent of my brother and wanted him, however they had real concerns about the Gito's. They checked out their contacts in the industry and were told that my brother was highly respected for his honesty and integrity, but they did not trust the Gito's who had poor reputations. In the end we could not put a deal together because of the deep concerns of the Gito's.

You might ask me why my brother didn't just walk away from the fraud occurring at the Company. I truly believe that Frank was being threatened with bodily harm if he resigned and he was deeply concerned that the Company would collapse and all the employees would loose their jobs.

My brother is basically a kind and gentle person who cares and respect others. He was now in a situation that he could not extricate himself from.

Judge Saylor, my family grew up in great hardship and poverty. During our childhood, my mother suffered from bouts of depression that affected her during her lifetime. My brothers and I also had to deal with depression during our lifetime which I believe was inherited. My eldest brother, Marvin, had a very bad temper and was occasionally abusive to my father.

I would tell you, however, that the problems mentioned above did not detract from our parents providing us with much love and the concept of morality in our dealings with other human beings.

I hope in the circumstances of this case, you find it in your heart to show charity to my brother and I thank you for the opportunity to write this letter.

Very truly yours,

Martin A.Miller

# EXHIBIT 16

February 21, 2011

The Honorable Judge F. Dennis Saylor IV
U.S. District Court
595 Main Street
Worcester, MA 01608

Dear Judge Saylor,

My name is Mildred Miller - I am Frank Miller's sister-in-law. I'm married to Frank's brother, Marvin. We've been married for 47 years and I've known Frank since he was 8 years old. Frank is the youngest of 4 children. He was a child of the 50's when life was simpler and family was the nucleus of everything. His parents (my in-laws) were very hard working folks - his dad had a small rubbish business and drove a rubbish truck to make ends meet. Frank would go on the truck as often as he could to help his father pick up trash in all kinds of weather. He was a great kid, motivated towards learning, and we were all very proud when he was accepted to Boston Latin School from which he eventually graduated. Unfortunately, in his senior year at the age of 17, Frank's father suddenly passed away from a cerebral hemorrhage - one day his dad didn't feel well and the next day he was gone. Needless to say, this had a huge impact on Frank as by this time, all of his siblings were married and he was the last one at home with his mother. This was a time when Frank was graduating from high school and now had to figure out how he was going to go on to college. This was a time of great sadness and turmoil. But Frank rose to the occasion - got accepted to Northeastern University and went through a co-op program which allowed him to work and go to school. He now assumed the role of 'man of the house' at a very young age and became an extremely devoted son to his newly widowed mother. This devotion endured throughout his mother's lifetime - Frank always made sure his mother's needs were taken care of right up to the time, later on in life, when she entered a nursing home and Frank decided to hire a private nurse to insure that his mother received the best care in a facility already over-burdened and understaffed. He always found time in his busy schedule to visit her - even at the end when she didn't recognize any of us, Frank made sure that she was always comfortable. This is only one example of the kind and gentle person that Frank is.

This is a very difficult letter for me to write because the Frank I know so well would never hurt anyone. He is a wonderful husband, father, brother, uncle, and brother-in-law and has many friends. This has been an emotionally draining experience but we all stand behind Frank with our love and support. I'm hoping that you will appropriately consider the circumstances that Frank found himself in - the fear and threats there were leveled towards him by the Gitto's which made him do things completely out of character for him. I'm not trying to minimize the seriousness of his actions, but I beg you to try to understand that Frank is a great guy who made some bad decisions based on his fears. Our whole family is looking to you for justice and to incarcerate him would be a terrible tragedy for all.

Respectfully,
Mildred and Marvin Miller

# EXHIBIT 17

Robert Miller
76 Orchard Street
Raynham, MA 02767

November 18, 2010

The Honorable Judge Dennis F. Saylor, IV
U.S. District Court
595 Main Street
Worcester, MA 02210

Dear Judge Saylor,

I'm writing today on behalf of my uncle, Frank Miller, in hopes that I can offer support for him during the difficult situation in which he currently finds himself.

As a means of introduction, my name is Robert Miller and I'm Frank's nephew; I'm 44 years old and currently live in Raynham, MA with my wife and 3 children. I work as a Vice President at Fidelity Investments where I've been employed for the past 20+ years and I'm a graduate of Babson College in Wellesley Hills, MA where I received a Bachelor's degree in Finance and Investments.

Though I'm sure that you will receive many other letters from friends and family in regard to my uncle, I feel compelled to offer you my own perspective of someone whom I love dearly and have grown up admiring my whole life.

Uncle Frankie, as I call him, has always been very close to me. My grandfather passed away when I was a year old and my uncle was only 17. After his much unexpected death and over the ensuing years, my father and my uncle became very close. As the older brother, my father took on a "fatherly" role for my uncle and was always there to talk with him and to help guide him. I think that my father sees my uncle not only as a brother, but more so as a son that needed someone to talk to, someone to lean on, and someone to share his accomplishments, disappointments, dreams and aspirations with. My father was always there trying to encourage him with the type of support and guidance that a father would give a child. In retrospect, because of their very close relationship I saw Uncle Frankie and spoke with him often throughout my childhood.

As I've grown up over the years, especially in the last 15 years, after I graduated college and began my own career and started my own family, my relationship with my uncle has grown and has transcended that of uncle/nephew into what I would consider to be a very close and loving friendship. We've both always shared similar interests. Whether it was talking about the stock market, traveling, food, or just joking around with each other, the strength of our relationship and my uncle's inherent love of being surrounded by and spending time with family has always made him very easy and natural to spend time with. Just talking with each other and especially joking around and making each other laugh is the warmness and loving demeanor that he's always had and what has made him my favorite relative.

It's hard for me rationalize my uncle's behavior and find the words to clearly express to you how uncharacteristic it was versus the man that I know him to be. Yet my uncle has taken great responsibility for his actions which in turn represents the kind of integrity he has and the type of man that he is.

I ask that you consider how my uncle has conducted himself in the wake of these charges and at the remorse he has expressed for his actions and the impact they've had on others. Despite the emotional and financial losses he has taken and the personal and professional embarrassment he has endured, and with the many uncertainties before him, I take pride in the fact the he continues to do what he can, to make amends for what has transpired.

There are so many things I could write about my uncle, but I can only hope that I've been able to provide you with a perspective of who he is to me.  I respectfully ask that the court look not only at the poor lack of judgment that my uncle has displayed in this case, but consider the circumstances in which my uncle found himself and at how uncharacteristic his actions were in comparison to a lifetime of positive contributions to his friends, colleagues, family and employees.


Respectfully yours,

Robert Miller

# EXHIBIT 18



# HOFFMAN PLASTIC COMPOUNDS INC.

16616 GARFIELD AVENUE, PARAMOUNT, CALIFORNIA 90723-5305
TEL: (323) 636-3346 - FAX: (562) 630-8200
www.hoffmanplastic.com      e-mail: info@hoffmanplastic.com

December 14, 2010

The Honorable Judge Dennis F. Saylor, IV
U.S. District Court
595 Main Street
Worcester, MA 01608

Dear Judge Saylor,

My name is Alex Perey. I am the Shipping Manager for Hoffman Plastic Compounds. I came to this country originally from the Philippines. I have been working at Hoffman for 26 years now. I am married and have two children and have my U.S. citizenship now. I came to know Mr. Frank Miller almost 6 years ago when he came to work at Hoffman as plant manager. I was in receiving and reported directly to Frank. I would like to relay a couple of stories about Frank Miller that to me truly speak to his character.

It was not long after Frank came on board at Hoffman that our Shipping Manager left the company. Frank actually filled in for a while doing the job but one day came to me and said how would I like the opportunity to be Hoffman's Shipping Manager? I had not been given an opportunity for a manager's position at Hoffman before this and was grateful that he felt I was capable of handling the position. It afforded me a better salary and was well appreciated in light of the fact that my son was going to be graduating high school in two years and I wanted him to go on to college. Something that I was never able to do myself. I told Frank how much the job meant to me and I have been doing this job since that time. Whenever I have had questions on the job Frank is always there to help me.

Last year it came time for my son to graduate high school and he was accepted to college and I was so proud as a father. I came to Frank and asked him if he would do me a favor. I told him that I wanted to buy my son a laptop computer as a graduation gift to start college. The one problem I had is that I knew very little about computers and where to go to get my son the proper computer. Frank immediately said he would help me pick out a computer that fit my budget and suited my son's needs. Frank took the time to sit down with me and look on the internet at different computers and what they did and where the pricing would be. I settled on an Apple laptop for my son and Frank went out on the weekend on his own time and bought the computer I wanted to get. He charged it

on his own personal credit card and when he brought it in on Monday I reimbursed him for it. He then sat down with me and showed me how to set it up and how my son would log into the internet and set up an email account. He also gave me his personal telephone number and said that if my son needed any help or questions answered that he would be glad to help him.

I just want to say that these two stories say so much to me about Frank Miller. For the first time my salary was decent enough to allow me to afford things that I truly needed for my family. Frank gave me the opportunity to be manager and I cannot believe how much time Frank took from his personal time to help me with getting my son a computer. Frank is one of those people that truly care about others. He is always there to help when you need it. All of the employees who work in the plant are grateful to have such a caring individual as the plant manager.

Frank has explained that he has legal issues going on right now and I asked if I could write a letter on his behalf. Your Honor I hope you take my letter in consideration of the honest and caring individual Frank Miller is. He is a true asset to our work environment at Hoffman.

Sincerely,

Alex Percy

AP/mh

# EXHIBIT 19

Ann G Richardson
Laguna Beach Alternative Living Shelter
Laguna Canyon Road
Laguna Beach, CA

December 7, 2010

The Honorable Judge Dennis F. Saylor, IV

U.S. District Court
595 Main Street

Worcester, MA 02210

Dear Judge Saylor,

My name is Ann Richardson. I am responsible for organizing volunteers to feed the
homeless at the Laguna Beach ASL (Alternative Sleeping Location) Emergency Shelter.
The shelter feeds between 60-70 homeless each day and completely relies on the
efforts of volunteers.  The facility is not equipped to prepare food and volunteers are
responsible for purchasing the food at their own expense, preparing the food in their
home and bringing the food to the shelter hot and ready to serve to the homeless.

Maria and Frank Miller have joined my church group of volunteers that feed the
homeless on Saturday nights. The Millers volunteer one to two Saturdays per month
and over the last several months they have volunteered over 40 hours of their time.
They prepare main entrees which must include a protein food and are the most difficult
to make due to the volume of food needed to feed such a large group.  Their efforts
are greatly appreciated and we are very happy to have them working with our group.

Please feel free to contact me if you have any further questions, my cell phone number
is (949) 683-6242.

Regards,

Ann G Richardson

Ann G Richardson

# EXHIBIT 20

416 Monomonac Road West
Winchendon, MA 01475
November 20, 2010

The Honorable Judge F.Dennis Saylor, IV
US District Court
595 Main Street
Worcester, MA 01608

Dear Judge Saylor,

I am writing this letter on behalf of Frank Miller, whom I have known for over twenty years. I first met Frank in 1989 when he interviewed me for the position of General Manager at his company, Global Products Corporation, in Leominster, MA. I took an immediate liking to Frank during my interview because of his friendly, congenial and affable personality. As everyone knows, employment interviews can be a very stressful situation. Frank quickly put me at ease and made me feel comfortable during the entire process. He was warm, friendly and seemed genuinely concerned about my needs and the needs of my family.

Frank ultimately offered me, and I accepted, the position with Global Products. Over the next two years of employment, prior to the merger with Gitto Corporation, I came to know Frank on a personal level and considered him a friend in addition to being my employer. Frank was always available to me by offering guidance and advice. During this time I developed a great deal of respect and trust for him. He also demonstrated integrity and honesty.

I remember a couple of situations in my early employment where I made serious blunders in several management decisions which negatively impacted customers. Frank's response, without even raising his voice, was to explain to me where he thought I had gone wrong and what I should have done in these situations, without so much as a reprimand.

I knew immediately the kind of character Frank had. He was committed to the development of his employees' potentials to the fullest. I considered him a friend and mentor from that point on, drawing on his knowledge, experience and expertise in the plastics compounding industry. He never micromanaged the Company and permitted me to function as the General Manager.

In a private conversation with Frank he told me of the negotiations and the pending merger with the Gitto's. I had five years of prior employment with the Gitto's at Gary Chemical Company in the 1980's and came to know too well their management style of employee beratement, belittlement, intimidation, harassment and coercion to achieve their goals.

I asked Frank if he understood what he was getting himself into and he believed that his equal partnership in the merged Companies would give him the control needed to keep the Gittos under control.

Over the next 14 years I performed the duties of General Manager for the Gitto-Global Corporation and personally witnessed Frank not being exempt from the effects of the Gitto management style. He was constantly bullied and bombarded with epithets by the Gittos questioning his intelligence and trying constantly to undermine his authority with employees. At times even his religious beliefs were attacked.

Over time it was very noticeable that Frank was under a considerable amount of stress, and in September of 2003 I had another private conversation with him and asked what was the cause of his stress and if I could be of any assistance. He responded that the constant pressure of the business and the harassment by the Gittos was prompting him to find a buyer for The Gitto-Global Corporation and he had several conversations with potential buyers but nothing concrete. It was at this point I asked Frank if he

would consider my purchase of the Company. He said that if I had the where-with-all and could put a purchase offer in place it would be given serious consideration.

With the assistance of a venture capitalist, Matrix Capital, I offered to purchase The Gitto Global Corporation compounding operations in February of 2004 for $36,000,000. Based on our due diligence, this offer was five and a half times EBITDA, which was considered a very fair offer at the time.

I was informed by Frank several days later that my offer to purchase the Company was rejected by Charles and Gary Gitto. He was very apologetic at the rejection and I noticed immediately that Frank's stress level seemed to increase further. We were both extremely disappointed. The following September the Company filed for Chapter 7.

I am convinced that anything Frank may have done was due to the relentless and un-abated pressures placed on him by Charles and Gary Gitto and not due to any lapse in his own personal integrity or honesty.

I am aware of the seriousness of the trouble Frank is in and yet I cannot help but consider him a friend still to this day. This is entirely out of character for the caring friend and family man I have known for years.

Frank has made many friends over the years and I am sure many will come to his aid with character references to help you in your decision. I implore the Court to show Frank Miller leniency in its judgment. He has suffered greatly the past six years and society has its way of meting out its own form of punishment. The stigma of Frank's actions will follow him and his family the rest of their lives.

Very truly yours,

Nicholas J. Semenza Jr.

# EXHIBIT 21

02/18/2011  16:31                                                    #0120 P.002/004

Timothy Talbott
4255 Courageous Wake
Alpharetta, GA 30005

The Honorable Judge Dennis F. Saylor, IV
U.S. District Court
595 Main Street
Worcester, MA 02210

February 18, 2011

Dear Judge Saylor:

Rarely have I ever felt the need to write a letter on the behalf of someone as I do now
for Frank Miller. I called Mr. Miller, without any urging, asking him to whom I might
write a character reference letter on his behalf. I feel that strongly about Mr. Miller,
and the circumstances that have led him to this point in his life. Probably more than any
person involved in this campaign of references, having been one of the first employees
of the Gitto Corporation, and then after the merger of Gitto Corporation with Frank's
company, the Global Corporation, I know the Frank Miller who acted with honor in
every respect in trying to fulfill the mission of excellence for the Gitto/Global
Corporation, in the face of the insatiable greed of Charles and Gary Gitto.

I was, initially, the National Sales Manager for the Gitto Corporation when it was a start-
up entity, and developed more than two million dollars in business--enough business to
allow Gitto Corp., to begin growing to the point that the merger of Gitto Corporation
and the Global Corporation could come about. From that time, I felt that the *only*
person dedicated to directing the company professionally and ethically was Frank Miller.
I came to feel that only person I could truly trust in the company was Mr. Miller---from
the true cost of our products to getting my commissions fairly computed and paid.

I continued to represent the Gitto/Global Corporation as a Manufacturer's
Representative, not willing to relocate my family to Massachusetts, after watching the
Gittos stack the management of the company with "friends" of the family. Frank was
the only person in the ownership who rewarded employees for merit. We talked almost
daily on the incredible duress he faced in trying to run the company responsibly in the
face of the chaos created by the Gittos. He was truly the sole voice of professionalism in
the company, and in the eight years we worked together at Gitto/Global, Frank Miller
never once lied to me about any issue. I was lied to constantly by Gary and Charlie
Gitto.

I often involved Frank with my customers as a representative of Gitto/Global, not just
for his excellent chemical and product knowledge, but also because of his integrity. My
customers were sold on Frank because he was correct in his product recommendations,

and delivered on his promises of making quality products on a timely basis. And, he was simply a fun guy to work with. Customers very much enjoyed Frank's Boston wit, and affable manner.

In contrast, I was constantly fighting with Gary Gitto, who consistently tried to slip in substandard raw materials into our formulations to increase margins. Frank always argued my side—the side of maintaining ethical partnerships with our customers. It was a constant battle, and I know that it took an emotional toll on Frank. The Gittos cared nothing about the employees of Gitto/Global; Frank was held in high regard by everyone who worked with and for him. After Gitto/Global declared bankruptcy, and Frank Miller began representing raw material suppliers as a way of earning income, I didn't hesitate to recommend him to many of my customers, including billion-dollar companies such as Southwire Corporation in Georgia, who developed a very close relationship with Frank. Additionally, I made the initial calls to International Paper for Frank and his line of caustic soda. Frank began selling to this highly reputable company, and I know that they were delighted with his efforts and professionalism.

I urge you to extend the maximum leniency possible to Frank Miller. Not having been there, you cannot imagine---and I know this must seem overblown---the near insanity of the Gittos. I witnessed constant screaming matches and actual physical altercations between Charlie and Gary Gitto at the office. I know that Frank was threatened with physical harm by both Gary and Charlie---Gary made statements to that effect to me when we were traveling. The boat captain on the payroll; the LearJet used to ferry Charlie back and forth from his Florida home—with the mandatory sales call at my customer (Accuma) in North Carolina to justify the company paying for the fuel—I know that Frank fought this, but the absolute viciousness of the Gittos when it came to money was incredible. I know that Frank feared for his safety.

I know that there are plenty of others like me who know Frank Miller for the person that he is---a loyal, considerate, professional, and yes, ethical, man. He is a devoted husband, father and friend. And, yep, he loved his dog Beasley. I know this for a fact because there have been many days that we'd talk business early in the morning (his time in California), and he'd be out walking and taking care of his aging dog. You can't fake that sort of thing. Believe me, having worked with Gary and Charlie Gitto for 8 years, I've become something of an expert on the subject of deceit.

There will be other people like me who will have volunteered to write a letter like this for Frank Miller. Not because we have anything to gain, but because of the stark dichotomy between the Gittos and Frank Miller that was known to the people who were there. For those of us who value decency, integrity, and the courage Frank Miller displayed to fight against the corrosiveness of the Gittos, I can't ask you strongly enough to allow Frank Miller to remain as an active member of society outside of prison. He truly deserves this second chance.

Sincerely,

Timothy Talbott
Business Director
O'Neil Color & Compounding
Alpharetta, GA 30005

# EXHIBIT 22

JULIA M. READE, M.D.
321 Walnut Street, #423
Newtonville, MA  02460-1927

Telephone: (617) 552-5131
juliareade@comcast.net

**Psychiatric Evaluation**

**Frank Miller**
**DOB: 9/15/49**

# REDACTED

# ORIGINAL FILED UNDER SEAL

# REDACTED

# ORIGINAL FILED UNDER SEAL

# REDACTED

# ORIGINAL FILED UNDER SEAL

**REDACTED**

**ORIGINAL FILED UNDER SEAL**

**REDACTED**

**ORIGINAL FILED UNDER SEAL**

# REDACTED

# ORIGINAL FILED UNDER SEAL

**REDACTED**

**ORIGINAL FILED UNDER SEAL**

**REDACTED**

**ORIGINAL FILED UNDER SEAL**

# REDACTED

# ORIGINAL FILED UNDER SEAL

**REDACTED**

**ORIGINAL FILED UNDER SEAL**

# REDACTED

# ORIGINAL FILED UNDER SEAL

# REDACTED
# ORIGINAL FILED UNDER SEAL

**REDACTED**

**ORIGINAL FILED UNDER SEAL**

**REDACTED**

**ORIGINAL FILED UNDER SEAL**

# REDACTED
# ORIGINAL FILED UNDER SEAL

# REDACTED
# ORIGINAL FILED UNDER SEAL

**REDACTED**

**ORIGINAL FILED UNDER SEAL**

**REDACTED**

**ORIGINAL FILED UNDER SEAL**

**REDACTED**

**ORIGINAL FILED UNDER SEAL**

**REDACTED**

**ORIGINAL FILED UNDER SEAL**

CURRICULUM VITAE

**Name:**     JULIA M READE

**Office Address:** 321 Walnut Street
                    Newtonville, MA 02460
**Phone:**    (617) 552-5131
**Email:**    juliareade@gmail.com
**Fax:**      (617) 552-5131

**Education:**

| | |
|---|---|
| 1978 | B.A. (Intellectual History), Magna cum laude, Wesleyan University, CT |
| 1979 | Post Baccalaureate Pre-Medical Bryn Mawr College |
| 1984 | M.D., University Of Connecticut School Of Medicine |

**Postdoctoral Training:**

| | |
|---|---|
| 1984-1985 | Intern, Transitional Year, Hartford Hospital |
| 1985-1988 | Resident in Psychiatry, Massachusetts General Hospital |
| 1988-1990 | Fellow in Family Development, Children's Hospital |
| 1992-1999 | Candidate in Psychoanalysis, Boston Psychoanalytic Society and Institute |

**Licensure and Certification:**

| | |
|---|---|
| 1986 | Massachusetts Registered Physician |
| 1989 | Board Certification in General Psychiatry |
| 1998 | Board Certification in Forensic Psychiatry |
| 2008 | Re-Certification in Forensic Psychiatry |

**Academic Appointments:**

| | |
|---|---|
| 1985-1990 | Clinical Fellow in Psychiatry, Psychiatry-Massachusetts General Hospital, Boston, MA |
| 1990-1991 | Instructor in Psychiatry, Psychiatry-Massachusetts General Hospital, Boston, MA |
| 1991-1996 | Instructor in Psychiatry, Psychiatry Consolidated, Belmont, MA |
| 1996-2002 | Clinical Instructor in Psychiatry, Psychiatry Consolidated, Belmont, MA |
| 2001-2006 | Clinical Instructor in Psychiatry, Psychiatry-Massachusetts General Hospital, Boston, MA |
| 2007- | Clinical Instructor in Psychiatry, Beth Israel Deaconess Medical Center, Boston, MA |

**Hospital or Affiliated Institution Appointments:**

| | |
|---|---|
| 1990-2006 | Clinical Assistant in Psychiatry, Massachusetts General Hospital, Boston, MA |
| 2007- | Clinical Assistant in Psychiatry, Beth Israel Deaconess Medical Center, Boston, MA |

**Other Professional Positions and Major Visiting Appointments:**

| | |
|---|---|
| 1988-1990 | Research Fellow, Children's Hospital, Boston, MA |

**Hospital and Health Care Organization Clinical Service Responsibilities:**

| | |
|---|---|
| 1990-1992 | Staff Psychiatrist, General Psychiatry Practice, Massachusetts General Hospital |
| 1990-1992 | Staff Psychiatrist, Primary Care Psychiatry, Massachusetts General Hospital |
| 1990-1992 | Staff Psychiatrist, Eating Disorders Unit, Massachusetts General Hospital |
| 1990-2006 | Attending Physician in Psychiatry, Massachusetts General Hospital |
| 1994-2006 | Staff Psychiatrist, Law and Psychiatry Service, Massachusetts General Hospital |
| 2007- | Staff Psychiatrist, Forensic Consultation Service, Beth Israel Deaconess Medical Center |

**Major Administrative Responsibilities:**

| | |
|---|---|
| 1998-2000 | Director of Adult Training, Law and Psychiatry Service, Massachusetts General Hospital |
| 2000-2001 | Co-Director, Harvard Forensic Psychiatry Fellowship, Harvard Medical School |
| 2001-2005 | Director, Harvard Forensic Psychiatry Fellowship, Harvard Medical School |

**Major Committee Assignments:**

| | |
|---|---|
| 1987-1988 | Department of Psychiatry Resident Selection Committee, Member, Massachusetts General Hospital |
| 1996-1998 | Candidates' Symposium Committee, Member, Boston Psychoanalytic Society and Institute |
| 1997-2000 | Finance Committee, Member, MGH Law and Psychiatry Service |
| 1999-2005 | Residency Training Committee, Psychiatry, Member, Massachusetts General Hospital |
| 2000-2005 | Advisory Committee, Member, MGH Law and Psychiatry Service |

| 2001-2003 | Training Advisory Committee, Member, Massachusetts Department of Mental Health |
| 2002-2004 | Forensic Psychiatry Committee, Member, Massachusetts Psychiatric Society |
| 2003 | Nominating Committee, Member, Massachusetts Psychiatric Society |
| 2004-2005 | Personnel Committee, Member, MGH Law and Psychiatry Service |

**Professional Societies:**

| 1986- | Massachusetts Psychiatric Society, Member, Forensic Psychiatry Committee, Nominating Committee |
| 1986- | American Psychiatric Association, Member |
| 1995- | American Academy of Psychiatry and the Law, Member, Fellowship Training Committee |
| 1999- | Boston Psychoanalytic Society and Institute, Member |
| 2001- | Academy of Organizational and Occupational Psychiatry, Member, Program Co-Chair, Secretary |

**Awards and Honors:**

| 1984 | Bloomberg Prize for Excellence in Psychiatry, U. Of Connecticut School Of Medicine |
| 1987 | President, Psychiatric Residents' Association, Massachusetts General Hospital |
| 1987 | Resident Delegate, Annual Meeting of American Directors of Psychiatry Residency Training, Massachusetts General Hospital |

**Local Invited Presentations**

**Case Conference**

| 1992 | The Pregnant Therapist, Massachusetts General Hospital |

**Grand Rounds**

| 1992 | Psychotherapy with Battered Women, Massachusetts General Hospital |

**Other**

| 1989 | Countertransference in the Helpers, Children's Hospital |
| 1990 | Violence Against Women, Massachusetts General Hospital |
| 1992 | Battered Woman Syndrome as a Defense, Massachusetts Continuing Legal Education |

3

1992            Battered Woman Syndrome, Massachusetts General Hospital

**Panel Discussant**

2004            Mental Health Considerations in Criminal Cases, National Federal
               Defenders Conference

**Psychosomatic Rounds**

1986            A Short History of Electrical Psychiatry, Massachusetts General
               Hospital

1986            Bikers: Hell on Wheels; Purgatory in Traction, Massachusetts General
               Hospital

1986            Genital Self-Mutilation, Massachusetts General Hospital

**Seminar**

1990            Sexual Abuse and Eating Disorders, Children's Hospital

1993            Medical Aspects of Battering, Massachusetts General Hospital

1995            Domestic Violence, Massachusetts General Hospital

1995-1997       The Psychiatric Management of Eating Disorders, Cambridge Hospital

1995-1997       Psychiatric Management of Eating Disorders, Beth Israel Hospital

1997-2003       The Evaluation of Domestic Violence in a Primary Care Setting,
               Massachusetts General Hospital

1997-2005       Gender Issues in Domestic Violence, Massachusetts General Hospital

2000-2005       The Forensic Assessment of Emotional Damages, Massachusetts
               General Hospital

2000-2005       Ethics and Forensic Practice, Massachusetts General Hospital

**Symposium**

1994            Supervision: The Impossible Profession, Boston Psychoanalytic Society
               and Institute

1996            Developing a Psychoanalytic Practice, Boston Psychoanalytic Society

4

and Institute

2001   Maternal Loss and Ambivalent Attachment, Boston Psychoanalytic
     Society and Institute

## Continuing Medical Education Courses

1989   <u>Abuse and Victimization in the Life-Span Perspective</u>

1990   <u>Emergency Psychiatry and Crisis Intervention</u>

1990   <u>Practical Reviews in Psychiatry</u>

1992   <u>Psychiatry for Legal Professionals</u>

## Leadership Roles

1998-2000  Director of Adult Training, Massachusetts General Hospital
     <u>Responsibility</u>: Supervision of Post-Doctoral Trainees, Organization,
     supervision and teaching in year-long seminar series

2000-2001  Co-Director, Harvard Forensic Psychiatry Fellowship, Massachusetts
     General Hospital
     <u>Responsibility</u>: Supervision of forensic fellow; organization, supervision
     and teaching in year-long forensic psychiatry seminar series;
     interviewing, review and selection of fellows.

2001-2005  Director, Harvard Forensic Psychiatry Fellowship, Massachusetts
     General Hospital
     <u>Responsibility</u>: Supervision of forensic fellow; organization, oversight
     and teaching in year-long forensic seminar series; evaluation and
     selection of fellowship applicants; evaluation of fellow's performance;
     liaison with other supervisors and training sites; management of training
     budget and oversight of affiliation agreements.

## Invited Presentations

### Regional

2005   When Good Physicians Behave Badly-Managing the Disruptive
     Healthcare Professional, New Hampshire Medical Society

### National

2001   The Evaluation of Disruptive Physicians, American Academy of
     Psychiatry and the Law

| 2003 | A Complex Disability Evaluation of a Boundary Violating Physician, Academy of Organizational and Occupational Psychiatry |
| --- | --- |
| 2004 | The Evaluation of a Disruptive Physician: Systems and Intrapsychic Issues, Academy of Organizational and Occupational Psychiatry |
| 2005 | Current Challenges in Occupational Psychiatry, Academy of Organizational and Occupational Psychiatry |
| 2005 | Acting Up in the OR: Can This Doctor Be Saved?, Academy of Organizational and Occupational Psychiatry |
| 2005 | Disruptive Doctors: Experience and a Sample from the Northeast, Stanford University |
| 2007 | Case Series of Three Robberies with Differing PTSD Responses, Academy of Organizational and Occupational Psychiatry |

**Bibliography**

**Original Articles**

1. Reade JM, Ratzan RM. Yellow professionalism. Advertising by physicians in the Yellow Pages. N Engl J Med. 1987;316(21):1315-9.
2. Reade JM, Ratzan RM. Access to information--physicians' credentials and where you can't find them. N Engl J Med. 1989;321(7):466-8.
3. Reade JM, Ratzan RM. Yellow professionalism. Arch Otolaryngol Head Neck Surg. 1989;115(12):1481.
4. Reade, J. Impaired Physicians: Role of the Occupational Psychiatrist. Psychiatric Annals. 2006;36(11):798-803.

**Reviews/Chapters/Editorials**

1. Reade JM. Domestic Violence. In: Hyman SE, Tesar GE, editors. Manual of Psychiatric Emergencies. Boston (MA): Little, Brown and Company;1994.
2. Reade JM. Approach to Cases of Domestic Violence. In: In: Stern T, Herman J, editors. Practical Guide to Psychiatry for Primary Care Clinicians. Boston, MA: McGraw Hill Company;1998.

# EXHIBIT 23

# Sentinel*and*Enterprise⊕com

Click here to go back to search results.

## Sentinel & Enterprise (Fitchburg, MA)

December 9, 2003
**Section:** Today's Headlines

### Plastics executives arrested

*Matt O'Brien*

LEOMINSTER -- Police arrested two executives of a Lunenburg plastics company after responding to a 911 hang-up call at a Nancy Court home. In a scene one injured police officer later described as "utter chaos," police said Gary **Gitto**, the 41-year-old CEO of Gitto/Global Corporation, assaulted two police officers while his father, 71-year-old company founder and chairman Charles Gitto Jr., tried to stop them from entering his son's home.

Police say the two men tried to block two officers from entering the house at 24 Nancy Court, and Gary **Gitto** attacked officers Matthew Swaine and Shane Rodriguez once they made their way into the home at 12:13 a.m. Saturday.

In his report, Rodriguez said a dispatcher who talked to Charles Gitto on the phone before police arrived said the 71-year-old "advised him that the police better not respond to that address or he was going to call (Police) Chief Peter Roddy."

Roddy did not return repeated calls for comment about the incident Monday.

Sgt. Dale Ducharme said Monday, "We were responding to a 911 call for a disturbance -- some form of a verbal dispute. There was a concern for domestic violence ... Whether there was or not, that's what that investigation was into."

The Gotti family vehemently denied the charges through their lawyer Monday, claiming their house was invaded for no reason by two police officers using "excessive force."

"(Police) treated this family as though it was -- let's put it this way -- they stormed the house like a militia," said Fitchburg attorney Steve Panagiotes, the family's lawyer. "It should never happen to anybody in this country."

Charles **Gitto**, 71, of 18 Nancy Court in Leominster, was charged with resisting arrest. Gary **Gitto**, 41, of 54 Myers Road in Acton, was arrested and charged with assault and battery on a police officer and resisting arrest.

"Charles **Gitto** and Gary Gitto did nothing wrong," Panagiotes said. "Everybody who goes through Leominster should be worried about being arrested by these two guys."

Panagiotes noted the hospital wing where one of the police officers was treated was "built and paid for by the Gittos."

"They've employed hundreds of people for two and a half decades," he said.

The Lunenburg corporation produces "specialty polyvinyl chloride, polyethylene, polypropylene, and thermoplastic olefinic compounds," according to the company Web site.

The "compounds are used in products including wire and cable, footwear, sheeting, industrial systems, utilities, back-up power systems, portable chargers, consumer products, construction fascia and fenestration, and fluid-transfer systems," the Web site states.

Police reports filed in Leominster District Court say Gary **Gitto** charged Rodriguez "like a bull."

Swaine stepped in front of Gary **Gitto** and pushed him back, but the officer had to hit the suspect with his baton and spray him with pepper spray before he could subdue him.

"Dad, they just sprayed me," Gary **Gitto** said, according to police reports. "I can't believe they sprayed me."

As police attempted to subdue a bleeding Gary **Gitto**, the man's father was screaming at police and trying to intervene, according to police reports.

(c) 2003 Sentinel & Enterprise. All rights reserved. Reproduced with the permission of Media NewsGroup, Inc. by NewsBank, Inc.

# EXHIBIT 24

D-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    03/14/2006

On March 13, 2006, Detective JOSEPH SCILIANO, Leominster, Massachusetts Police Department telephonically contacted the Hudson Resident Agency of the Federal Bureau of Investigation on other matters.

He spoke with Special Agent Kevin P. Grady.

Detective SCILIANO advised that he had assisted another government agency with information concerning GARY GITTO and controlled substances.

SA Grady advised SCILIANO that the GITTO GLOBAL INC. investigation had been assigned to him. While reviewing the GITTO GLOBAL checking account he noted a number of checks from the company payable to SCILIANO. Detective SCILIANO advised that CHARLIE GITTO contributed to a youth boxing program run by SCILIANO. It was pointed out to SCILIANO that several of the checks had a notation "security". SCILIANO said that he and other Leominster Police officers provided security at house parties CHARLIE GITTO had at his residence for politicians or other persons.

SCILIANO also advised that two Leominster Police officers were involved in an assault on a police officer case against CHARLIE GITTO and GARY GITTO. This altercation followed a domestic dispute at the residence of GARY GITTO.

SCILIANO said that the officers MATTHEW SWAIN and SHANE RODRIGUEZ were compensated by GITTO's attorneys to settle a potential civil suit. RODRIGUEZ who is no longer a police officer reportedly received $20,000. SWAIN received a lesser amount which he used to improve the pool area of his home.

SCILIANO stated that this was done in order to keep CHARLIE GITTO free from any criminal record.

Investigation on    3/13/2006    at  Hudson, MA                      (telephonically)

le # 318A-BS-94450                          Date dictated  3/13/2006

by   SA Kevin P. Grady:jat

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# EXHIBIT 25

# Article I. Sentinel & Enterprise (Fitchburg, MA)

**Sentinel & Enterprise (Fitchburg, MA)**

January 22, 2005
**Gittos get probation**
Author: Emily Young
Section: Local
Estimated printed pages: 2
Article Text:
FITCHBURG -- Former Gitto/Global Corp. executive Gary Gitto and his father, Charles, owner of Tradex Corp., agreed to pay more than $13,000 and serve six months probation Friday for a heated altercation with two Leominster police officers. Leominster police charged Leominster resident Charles Gitto and Acton resident Gary Gitto with assault and battery on a police officer and resisting arrest in December 2003 after receiving a 911 call from a family member s house in Leominster. The Gittos agreed to jointly pay $13,359.97 in restitution to the city of Leominster, as well as $500 each for court costs. They never admitted guilt or fault. Judge Andrew Mandell continued the case without a guilty finding until July 19. During that time, Gary and Charles Gitto will be on probation. If the men stay out of trouble, the case will be dismissed. If either Gitto is arrested during the next six months, the matter will be put back on the list, Mandell explaine! d Friday. Boston attorney Max Stern, who spoke on behalf of the Gittos in Fitchburg District Court Friday afternoon, said both sides acted in good faith, and the altercation was due to failure to communicate. Gary Gitto s wife placed the 911 call, but it turned out there was no need for the police to enter the residence, said Stern. Charles Gitto informed the police officer there was no need to enter the house, but the officer felt it was his job to make sure nothing was wrong, Stern explained to Judge Andrew Mandell. The temperature of this exchange had to rise, Stern said. When a second officer attempted to get into the house, the scene became even more heated. Gary Gitto, thinking his father was under attack, charged at the police officer, and the police officer, thinking he was about to be attacked, pushed Gary Gitto back, Stern explained. There were injuries all around, Stern said. As a result, both officers were out of work for a while and the city of Leominster! incurred expenses. A police officer sprayed Gary Gitto with ! pepper s pray during the altercation to subdue him, according to police reports. Outside the courtroom Friday, Stern called the agreement a fair resolution. Leominster Police Chief Peter Roddy said when reached by phone Friday that he was glad the issue has been resolved. He wouldn t comment further on the case because he said he hadn t seen the court decision. Gitto/Global filed for bankruptcy in September and was sold for $8.97 million to Agawam-based Toner Plastics President Steven Graham.
(c) 2005 Sentinel & Enterprise. All rights reserved. Reproduced with the permission of Media NewsGroup, Inc. by NewsBank, Inc.
Record Number: 2529597

# EXHIBIT 26

PRIVILEGED AND CONFIDENTIAL
ATTORNEY COMMUNICATION AND WORK PRODUCT

*Bowditch*
*& Dewey*
A T T O R N E Y S

## MEMORANDUM

**TO:**  Robert D. Cox, Jr., Kimberly A. Stone, George W. Tetler III, T.J. Conte,
Thomas J. Scannell, James P. Hoban, George A. Balko, III, Louis M.
Ciavarra, Robert E. Longden, Jr., James J. Richards, David M. Ianelli,
Richard A. Sheils, Jr., Scott T. Fenton, Todd M. Gleason, Christopher G.
Mehne, David P. Grossi, Donna M. Truex, Thomas O. Hoover

**FROM:**  Michael P. Angelini

**RE:**  Gitto Global Corporation

**DATE:**  May 10, 2002

The enclosed is for your information. If any of you have any issues or questions
regarding this, please take them up with me.

Thank you.

Mike

MPA/cam

Enclosure

U:\CLIENTS\lit\907166\0010\00028633.DOC:1}



## Bowditch & Dewey
ATTORNEYS

311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
Telephone: (508) 791-3511
Facsimile: (508) 756-7636
*www.bowditch.com*

*Bowditch & Dewey, LLP*
Direct telephone (508)926-3400
Direct facsimile  (508)798-3537
mangelini@bowditch.com

May 10, 2002

<u>CONFIDENTIAL</u>

Frank Miller, President and Chief Operating Officer
Gitto Global Corporation
P.O. Box 120
Lunenburg, MA  01462

RE:    **Gitto Global Corporation**

Dear Frank:

I am writing to confirm that we are not and can not act as your counsel with respect to matters involving your banking relationships, and that we will not act as your counsel with respect to any matter involving any Gitto Global refinancing.  We have obtained independent counsel with respect to this and have been advised that we may continue to represent Gitto Global Corporation with respect to other matters, not involving existing or future financial relationships.

My best wishes.

Very truly yours,

Michael P. Angelini

MPA/cam

cc:    Gary C. Gitto, CEO, Treasurer (Confidential)

{J:\CLIENTS\lit\071668\0100\00286295.DOC;1}